# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CLINTON HENDERSON and ANDREW OLINDE, individually and on behalf of all other similarly situated individuals, | Court File No. 1:13-cv-03767-TWT |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| v. | |
| 1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS, | |
| Defendant. | |

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

Outlaw, Austin

Dated: November 15, 2013        **MAYS & KERR, LLC**

　　　　　　　　　　　　　　　　 /s/ Jeff Kerr
　　　　　　　　　　　　　　　　Jeff Kerr, GA Bar No. 634260
　　　　　　　　　　　　　　　　John Mays, GA Bar No. 986574
　　　　　　　　　　　　　　　　235 Peachtree St. NE #202
　　　　　　　　　　　　　　　　Atlanta, GA  30303
　　　　　　　　　　　　　　　　Telephone: (404) 410-7998
　　　　　　　　　　　　　　　　Fax: (404) 855-4066
　　　　　　　　　　　　　　　　jeff@maysandkerr.com
　　　　　　　　　　　　　　　　john@maysandkerr.com

　　　　　　　　　　　　　　　　**NICHOLS KASTER, PLLP**
　　　　　　　　　　　　　　　　Paul J. Lukas, MN Bar No. 22084X*
　　　　　　　　　　　　　　　　Timothy C. Selander, MN Bar No. 0387016*
　　　　　　　　　　　　　　　　Nicholas D. Thompson, MN Bar No. 0389609*

Anna Prakash, MN Bar No. 0351362*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
lukas@nka.com
selander@nka.com
nthompson@nka.com
aprakash@nka.com
*pro hac vice admissions forthcoming

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**

## 1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employers, Cummings Beveridge Jones ("CB Jones"), 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals, to recover compensation I am owed by law.

2. During the past three years, I worked as an entertainer at the nightclub Swinging Richards. I did not receive an hourly wage, and I was required to pay the club money when I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: NOV 2 2013     _____
                      Signature

Austin Outlaw
Print Name

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

[redacted]

Return this form by fax, email or mail to:

Nichols Kaster, PLLP, Attn: Matthew Morgan
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA

CERTIFICATE OF SERVICE

Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards.
Court File No.: 1:13-cv-03767-TWT

I hereby certify that on November 15, 2013, I caused the following documents:

**Notice of Consent Filing**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jeff Kerr	jeff@maysandkerr.com
John Mays	john@maysandkerr.com

These document(s) will subsequently be served to Defendant by messenger upon the following:

1400 Northside Drive, Inc. d/b/a Swinging Richards
Herbert P Schlanger
230 Peachtree Rd NW STE 1890
Atlanta, GA 30303

Dated: November 15, 2013	/s/ Jeff Kerr
	Jeff Kerr