# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

       Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS,

       Defendant.

Court File No. 1:13-cv-03767-TWT

**NOTICE OF CONSENT FILING**

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following person(s):

Borrego, Troy

Dated: December 9, 2013

                                  **NICHOLS KASTER, PLLP**
                                  /s/ Timothy C. Selander
                                  Timothy C. Selander, MN Bar No. 0387016*
                                  Paul J. Lukas, MN Bar No. 22084X*
                                  Nicholas D. Thompson, MN Bar No. 0389609*
                                  Anna Prakash, MN Bar No. 0351362*
                                  4600 IDS Center, 80 South 8th Street
                                  Minneapolis, MN 55402
                                  Telephone: (612) 256-3200
                                  Fax: (612) 215-6870
                                  selander@nka.com
                                  lukas@nka.com
                                  nthompson@nka.com
                                  aprakash@nka.com

1

*admitted pro hac vice

## MAYS & KERR, LLC

Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA 30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**

## 1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employers, Cummings Beveridge Jones ("CB Jones"), 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals, to recover compensation I am owed by law.

2. During the past three years, I worked as an entertainer at the nightclub Swinging Richards. I did not receive an hourly wage, and I was required to pay the club money when I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 12-02-13

Signature: *Troy Borrego*

Print Name: Troy Borrego

REDACTED

Return this form by fax, email or mail to:
Nichols Kaster, PLLP, Attn: Matthew Morgan
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA

CERTIFICATE OF SERVICE

Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards.
Court File No.: 1:13-cv-03767-TWT

I hereby certify that on December 9, 2013, I caused the following documents:

**Notice of Consent Filing**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jeff Kerr | jeff@maysandkerr.com |
| John Mays | john@maysandkerr.com |
| Paul J. Lukas | lukas@nka.com |
| Timothy C. Selander | selander@nka.com |
| Anna P. Prakash | aprakash@nka.com |
| Nicholas D. Thompson | nthompson@nka.com |

These document(s) will subsequently be served to Defendant by messenger upon the following:

1400 Northside Drive, Inc. d/b/a Swinging Richards
Herbert P Schlanger
230 Peachtree Rd NW STE 1890
Atlanta, GA 30303

Dated: December 9, 2013                    /s/ _____
                                           Timothy C. Selander

3