# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

           Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS,

           Defendant.

Court File No. 1:13-cv-03767-TWT

**NOTICE OF CONSENT FILING**

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs

hereby file the attached Consent Forms for the following person(s):

James, Valentino

Dated: December 17, 2013

        **NICHOLS KASTER, PLLP**
        /s/ Timothy C. Selander
        Timothy C. Selander, MN Bar No. 0387016*
        Paul J. Lukas, MN Bar No. 22084X*
        Nicholas D. Thompson, MN Bar No. 0389609*
        Anna Prakash, MN Bar No. 0351362*
        4600 IDS Center, 80 South 8th Street
        Minneapolis, MN 55402
        Telephone: (612) 256-3200
        Fax: (612) 215-6870
        selander@nka.com
        lukas@nka.com
        nthompson@nka.com
        aprakash@nka.com

1

*admitted pro hac vice*

**MAYS & KERR, LLC**

Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND
THE COLLECTIVE**

## 1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employers, Cummings Beveridge Jones ("CB Jones"), 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals, to recover compensation I am owed by law.

2. During the past three years, I worked as an entertainer at the nightclub Swinging Richards. I did not receive an hourly wage, and I was required to pay the club money when I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 11/25/13

Valentino James
Signature

Valentino James
Print Name

REDACTED

Return this form by fax, email or mail to:

Nichols Kaster, PLLP, Attn: Nicholas Thompson
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

REDACTED

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGA

## CERTIFICATE OF SERVICE

Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a  Swinging Richards.
Court File No.: 1:13-cv-03767-TWT

I hereby certify that on December 17, 2013, I caused the following documents:

**Notice of Consent Filing**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jeff Kerr               jeff@maysandkerr.com
John Mays               john@maysandkerr.com
Paul J. Lukas           lukas@nka.com
Timothy C. Selander     selander@nka.com
Anna P. Prakash         aprakash@nka.com
Nicholas D. Thompson    nthompson@nka.com

These document(s) will subsequently be served to Defendant by messenger upon the following:

1400 Northside Drive, Inc. d/b/a Swinging Richards
Herbert P Schlanger
230 Peachtree Rd NW STE 1890
Atlanta, GA 30303

Dated: December 17, 2013                /s/ _____
                                        Timothy C. Selander

3