IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLINTON HENDERSON and ANDREW OLINDE, individually and on behalf of all other similarly situated individuals,

        Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS,

        Defendant.

Case No. 1:13-CV-3767-TWT

## ORDER

Based on the Stipulation of the parties (ECF No. 33), IT IS HEREBY ORDERED that:

1. The notice attached to the parties' Stipulation as Exhibit A is approved for distribution to the putative collective. Plaintiffs' Counsel shall update the notice with relevant deadlines, as marked in Exhibit A to the parties' Stipulation;

2. Within seven (7) days of this Order, Defendant shall produce to Plaintiffs' Counsel, in Excel format, any and all last-known legal names and home addresses that it has in its possession for putative collective members;

3. Plaintiffs' Counsel shall additionally make a request for names and addresses of the putative collective members to the City of Atlanta pursuant to the Georgia Open Records Act within seven (7) days of parties' Stipulation.

4. Plaintiffs' Counsel shall be allowed to supplement the list produced by

Defendant pursuant to Paragraph 2 with information obtained from the City of Atlanta in response to the aforementioned or any prior Georgia Open Records Act request made by Plaintiffs' Counsel and which response contains names and addresses of putative collective members; and

5. Plaintiffs' Counsel shall update the addresses obtained for putative collective members to the extent possible and shall mail the Court-approved notice to putative collective members on or before the later of fourteen (14) days following receipt of putative collective members' names and addresses from the City of Atlanta in response to their Georgia Open Records Act request referenced in Paragraph 3 above or this Order.

THIS 6th day of February, 2014.   /s/Thomas W. Thrash
                                  Honorable Thomas W. Thrash
                                  United States District Judge