# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CLINTON HENDERSON and ANDREW OLINDE, individually and on behalf of all other similarly situated individuals, | Court File No. 1:13-cv-03767-TWT |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| v. | |
| 1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS, | |
| Defendant. | |

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following person(s):

Casey, Robert Andrew

Dated: March 13, 2014

                              **NICHOLS KASTER, PLLP**
                              /s/ Timothy C. Selander
                              Timothy C. Selander, MN Bar No. 0387016*
                              Paul J. Lukas, MN Bar No. 22084X*
                              Nicholas D. Thompson, MN Bar No. 0389609*
                              Anna Prakash, MN Bar No. 0351362*
                              4600 IDS Center, 80 South 8th Street
                              Minneapolis, MN 55402
                              Telephone: (612) 256-3200
                              Fax: (612) 215-6870
                              selander@nka.com
                              lukas@nka.com
                              nthompson@nka.com
                              aprakash@nka.com

*admitted pro hac vice*

**MAYS & KERR, LLC**

Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**

## 1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employers, Cummings Beveridge Jones ("CB Jones"), 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals, to recover compensation I am owed by law.

2. During the past three years, I worked as an entertainer at the nightclub Swinging Richards. I did not receive an hourly wage, and I was required to pay the club money when I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against 1400 Northside Drive, Inc., Swinging Richards, Inc., (collectively d/b/a "Swinging Richards") and all related corporate entities and individuals.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: Wed March 12, 2014

Signature: [signed]

Print Name: Robert Andrew Casey

Redacted

Return this form by fax, email or mail to:

Nichols Kaster, PLLP, Attn: Matthew Morgan
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGA

## CERTIFICATE OF SERVICE

Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards.
Court File No.: 1:13-cv-03767-TWT

I hereby certify that on March 13, 2014, I caused the following documents:

**Notice of Consent Filing**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jeff Kerr | jeff@maysandkerr.com |
| John Mays | john@maysandkerr.com |
| Paul J. Lukas | lukas@nka.com |
| Timothy C. Selander | selander@nka.com |
| Anna P. Prakash | aprakash@nka.com |
| Nicholas D. Thompson | nthompson@nka.com |
| Herbert P. Schlanger | herb@schlanger.com; hschlanger@bellsouth.net |

Dated: March 13, 2014         /s/Timothy C. Selander
                              Timothy C. Selander