UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

      Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS,

      Defendant.

Court File No. 1:13-cv-03767-TWT

**NOTICE OF CONSENT FILING**

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following person(s):

Cook, DeMarcus

Dated: March 17, 2014

            **NICHOLS KASTER, PLLP**
            /s/ Timothy C. Selander
            Timothy C. Selander, MN Bar No. 0387016*
            Paul J. Lukas, MN Bar No. 22084X*
            Nicholas D. Thompson, MN Bar No. 0389609*
            Anna Prakash, MN Bar No. 0351362*
            4600 IDS Center, 80 South 8th Street
            Minneapolis, MN 55402
            Telephone: (612) 256-3200
            Fax: (612) 215-6870
            selander@nka.com
            lukas@nka.com
            nthompson@nka.com
            aprakash@nka.com

1

*admitted pro hac vice*

## MAYS & KERR, LLC

Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**

## CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation I am owed by my current/former employers, 1400 Northside Drive, Inc., d/b/a "Swinging Richards," and any related defendants added later.

2. During the past three years, I worked as an entertainer at the nightclub Swinging Richards. I did not receive an hourly wage, and I was required to pay the club money to work.

3. I hereby designate the law firm of Nichols Kaster, PLLP to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against 1400 Northside Drive, Inc., d/b/a "Swinging Richards").

Date: 3/17/2014

Signature: Desmarcus Cook

Print Name: DeMarcus Cook

Redacted

Return to: Nichols Kaster, PLLP (Attn. Timothy Selander)
80 South 8th Street, Suite 4600, Minneapolis, MN 55402
Toll Free Telephone: (877) 448-0492  Fax: (612) 338-4878
Email: forms@nka.com

Redacted

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA

CERTIFICATE OF SERVICE

Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards.
Court File No.: 1:13-cv-03767-TWT

I hereby certify that on March 17, 2014, I caused the following documents:

**Notice of Consent Filing**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jeff Kerr | jeff@maysandkerr.com |
| John Mays | john@maysandkerr.com |
| Paul J. Lukas | lukas@nka.com |
| Timothy C. Selander | selander@nka.com |
| Anna P. Prakash | aprakash@nka.com |
| Nicholas D. Thompson | nthompson@nka.com |
| Herbert P. Schlanger | herb@schlanger.com; hschlanger@bellsouth.net |

Dated: March 17, 2014        /s/Timothy C. Selander
                             Timothy C. Selander