UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

   Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS,

   Defendant.

Civil Action No.: 1:13-cv-3767-TWT

**NOTICE OF WITHDRAWAL OF CONSENT**

---

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Withdrawal Form(s) for the following individual(s):

Casey, Robert Andrew

McCoy, Andrean

Dated: May 22, 2014

**NICHOLS KASTER, PLLP**

/s/ Timothy C. Selander
Timothy C. Selander, MN Bar No. 0387016*
Paul J. Lukas, MN Bar No. 22084X*
Nicholas D. Thompson, MN Bar No. 0389609*
Anna Prakash, MN Bar No. 0351362*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

1

Telephone: (612) 256-3200
Fax: (612) 215-6870
selander@nka.com
lukas@nka.com
nthompson@nka.com
aprakash@nka.com
*admitted pro hac vice

**MAYS & KERR, LLC**
Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

        Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS,

        Defendant.

Civil Action No.: 1:13-cv-3767-TWT

**NOTICE OF WITHDRAWAL
OF CONSENT**

---

    I hereby revoke my Consent Form and withdraw as a Plaintiff from the above-mentioned lawsuit involving claims against Defendant for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

    I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Consent Form with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact another attorney immediately.

Date: 5/22/2014

_____
Signature

Robert Andrew Casey
Print Name

**Mail, Fax or Email to:**
Nichols Kaster, PLLP, c/o Timothy C. Selander
4600 IDS Center, 80 South 8th St. Minneapolis, MN 55402
Fax: (612) 215-6870    Email: selander@nka.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

        Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS,

        Defendant.

Civil Action No.: 1:13-cv-3767-TWT

**NOTICE OF WITHDRAWAL OF CONSENT**

---

    I hereby revoke my Consent Form and withdraw as a Plaintiff from the above-mentioned lawsuit involving claims against Defendant for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

    I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Consent Form with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact another attorney immediately.

Date: 4/21/2014

Signature: *[signature]*

Print Name: Andreán M[illegible]

**Mail, Fax or Email to:**
Nichols Kaster, PLLP, c/o Timothy C. Selander
4600 IDS Center, 80 South 8th St. Minneapolis, MN 55402
Fax: (612) 215-6870     Email: selander@nka.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CERTIFICATE OF SERVICE

Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards.
Court File No.: 1:13-cv-03767-TWT

I hereby certify that on May 22, 2014, I caused the following documents:

**Notice of Withdrawal of Consent**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jeff Kerr | jeff@maysandkerr.com |
| John Mays | john@maysandkerr.com |
| Paul J. Lukas | lukas@nka.com |
| Timothy C. Selander | selander@nka.com |
| Anna P. Prakash | aprakash@nka.com |
| Nicholas D. Thompson | nthompson@nka.com |
| Herbert P. Schlanger | herb@schlanger.com; hschlanger@bellsouth.net |
| Dean R. Fuchs | drf@swtlaw.com |
| Susan K. Murphy | skm@swtlaw.com |

Dated: May 22, 2014            /s/Timothy C. Selander
                               Timothy C. Selander