SWINGING RICHARDS VIP        1/1/2011        PAGE 1

| # | ROOM # | TIME IN | TIME OUT | ENTERTAINER | CASH AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 6 | 8:10 | 8:25 | GREG | $40 | |
| 2 | 5 | 9:00 | 9:30 | BRYCE | | $65 |
| 3 | 6 | 9:40 | 9:55 | NICK | $40 | |
| 4 | 7 | 9:40 | 9:55 | BRYCE | $40 | |
| 5 | 5 | 9:55 | 10:10 | BEAUX | $40 | |
| 6 | 7 | 10:00 | 10:15 | HAZEL | $40 | |
| 7 | 7 | 11:00 | 11:15 | SANTANA | $40 | |
| 8 | 1 | 11:10 | 11:25 | BEAUX | $40 | |
| 9 | 5 | 11:20 | 11:35 | CHICAGO | $40 | |
| 10 | 6 | 11:45 | 12:00 | THOMAS | | $40 |
| 11 | 7 | 11:50 | 12:05 | CARLOS | $40 | |
| 12 | 6 | 12:15 | 12:45 | PATRICK | $65 | |
| 13 | 7 | 12:20 | 1:20 | JOHNNY | | $125 |
| 14 | 5 | 12:20 | 12:35 | NICK | $40 | |
| 15 | 3 | 12:25 | 12:40 | CHICAGO | | $40 |
| 16 | 1 | 12:45 | 1:00 | DANIEL | $40 | |
| 17 | 1 | 1:00 | 1:30 | BRANNON | | $65 |
| 18 | 2 | 12:45 | 1:00 | MILLER | $40 | |
| 19 | 5 | 12:50 | 1:20 | KEENAN | $65 | |
| 20 | 6 | 12:55 | 1:10 | KYLE | | $40 |
| 21 | 3 | 12:55 | 1:25 | NICK | $65 | |
| 22 | 2 | 1:05 | 1:20 | GIANNI | | $40 |
| 23 | 7 | 1:10 | 1:40 | JOHNNY | $65 | |
| 24 | 4 | 1:10 | 1:25 | JONATHAN | $40 | |
| 25 | 2 | 1:30 | 2:00 | CLINT | | $65 |
| 26 | 3 | 1:30 | 1:45 | DIMETRE | $40 | |
| 27 | 6 | 1:35 | 1:50 | JONATHAN | $40 | |
| 28 | 5 | 1:40 | 2:10 | SHAWN | | $65 |
| 29 | 1 | 1:45 | 2:45 | BRYCE | $100 | |
| 30 | 1 | 2:45 | 3:00 | BRYCE | $40 | |
| 31 | 3 | 1:50 | 2:05 | XANDER | $40 | |
| 32 | 7 | 1:50 | 2:05 | SANTANA | $40 | |
| 33 | 6 | 1:50 | 2:05 | BRENT | $40 | |
| 34 | 4 | 2:00 | 2:15 | PHOENIX | $40 | |
| 35 | 2 | 2:00 | 2:15 | CLINT | $40 | |

CONFIDENTIAL        EXHIBIT P40        SR000529

**SWINGING RICHARDS VIP**  1/1/2011  PAGE 2

| | ROOM # | TIME IN | TIME OUT | ENTERTAINER | CASH AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 36 | 7 | 2:10 | 2:25 | NICK | $40 | |
| 37 | 3 | 2:10 | 2:40 | KNIGHT | $65 | |
| 38 | 2 | 2:15 | 2:30 | GIANNI | $40 | |
| 39 | 5 | 2:20 | 2:50 | JEREMY | | $65 |
| 40 | 4 | 2:25 | 2:40 | CLINT | $40 | |
| 41 | 2 | 2:40 | 2:55 | CLINT | $40 | |
| 42 | 6 | 2:40 | 2:55 | CHICAGO | $40 | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |

# SWINGING RICHARDS VIP

JEREMIAH JACOBS

1/1/2011

| Wristband Start | 92001 | Wristband Start | | Credit Wristbands | 1 |
|---|---|---|---|---|---|
| Wristband End +1 | 92094 | Wristband End +1 | | Cash Wristbands | 92 |
| Wristbands 1 | 93 | Wristbands 2 | 0 | Total Wristbands | 93 |

| VIP Card Cash | | Cash Rooms Total | 32 | Credit Room Total | 10 |
|---|---|---|---|---|---|
| VIP Card Credit | | Cash Rooms | $1,465 | Credit Rooms | $610 |
| Total VIP Card | $0 | Cash Wristbands | $920 | Credit Wristbands | $10 |
| | | Total Cash | | Total Credit | |

| | |
|---|---|
| 1 | 95 |
| 5 | 22 |
| 10 | 5 |
| 20 | 94 |
| 50 | 3 |
| 100 | 1 |
| Actual Cash | $2,385 |
| Reported Cash | $2,385 |
| Difference | $0 |

| Number of Rooms | 42 | ✓ |
|---|---|---|

| Total VIP Money | $3,005 |
|---|---|

CONFIDENTIAL

SR000531