# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

        Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS and C.B.
JONES,

        Defendants.

Civil Action No.: 1:13-cv-3767-TWT

---

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' CREATIVE PROFESSIONAL EXEMPTION DEFENSE
_____

Now come Plaintiffs in the above-captioned matter, by Counsel, and move this Court to grant Plaintiffs' Motion for Partial Summary Judgment On Defendants' Creative Professional Exemption Defense, holding as a matter of law that Defendants have failed to satisfy the elements of the creative professional exemption to the Fair Labor Standards Act, 29 U.S.C. § 213(a)(1) and 29 C.F.R. §§ 541.300, 302.  This motion is made pursuant to Fed. R. Civ. P. 56.

Dated: October 17, 2014  **NICHOLS KASTER, PLLP**

/s/ Timothy C. Selander
Paul J. Lukas, MN Bar No. 22084X*
Timothy C. Selander, MN Bar No. 0387016*
Anna Prakash, MN Bar No. 0351362*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
lukas@nka.com
selander@nka.com
aprakash@nka.com
*admitted pro hac vice*

**MAYS & KERR, LLC**

Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## CERTIFICATE OF SERVICE

*Henderson et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards*
**Court File No.: 1:1:13-cv-3767-TWT**

     I hereby certify that on October 17, 2014, I caused the following documents to be served:

**Plaintiffs' Motion for Partial Summary Judgment
on Defendants' Creative Professional Exemption Defense**

I caused the above-listed document(s) to be served by electronic mail with consent to the following persons at the following address(es):

| | |
|---|---|
| Herbert P. Schlanger<br>Ga. Bar Number 629330<br>hschlanger@bellsouth.net<br>herb@schlanger.com<br>Law Office of Herbert P. Schlanger<br>Suite 1890<br>230 Peachtree Street, N.W.<br>Atlanta, GA  30303<br>404-808-6659 | WM Scott Schulten<br>Ga. Bar Number 630272<br>wss@swtlaw.com<br>Susan K. Murphey<br>Ga. Bar Number 408498<br>skm@swtlaw.com<br>Dean R Fuchs<br>Ga. Bar Number 279170<br>drf@swtlaw.com<br>Schulten Ward & Turner, LLP<br>260 Peachtree Street NW<br>Suite 2700<br>Atlanta, GA  30303<br>404-688-6800 |

Attorneys for 1400 Northside Drive, Inc. d/b/a Swinging Richards

Dated:  October 17, 2014                  /s/ Timothy C. Selander
                                                      Timothy C. Selander

<u>**CERTIFICATE OF COMPLIANCE**</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiffs certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Dated: October 17, 2014        **NICHOLS KASTER, PLLP**

/s/ Timothy C. Selander
Paul J. Lukas, MN Bar No. 22084X*
Timothy C. Selander, MN Bar No. 0387016*
Anna Prakash, MN Bar No. 0351362*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
lukas@nka.com
selander@nka.com
aprakash@nka.com
*admitted pro hac vice*

**MAYS & KERR, LLC**
Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**