# EXHIBIT G

# Swinging Richards Entertainer Rules and Regulations

## Dancer Name: _____

1. **Gay Establishment:** Swinging Richards is an all male, all nude adult entertainment bar. Our target audience is **GAY MEN**. Entertainers shall not cater to female clientele.

2. **Confidentiality:** In order to protect the privacy of both our customers and entertainers, photography of any type is prohibited inside Swinging Richards. Any conversations, activities, customers, and entertainers witnessed at Swinging Richards are considered confidential and shall not be discussed with any member of the public, including, but not limited to the news media.

3. **Alcohol Consumption:** Entertainers under the age of 21 may not consume alcoholic beverages under any circumstances. This includes but is not limited to: mixed drinks, shots, and beer. Entertainers over the age of 21 may purchase alcohol from the bar at full price. Bringing alcohol into Swinging Richards from outside is strictly prohibited. Each entertainer is required to take a breath alcohol test at the conclusion of their shift. If the test score is .08 or above, operation of a motor vehicle is prohibited. The consumption of alcohol by entertainers at Swinging Richards is a privilege, not a right. If the consumption of alcohol is abused, entertainers can/will have their alcohol consumption discontinued at the discretion of management.

4. **Illegal Drugs:** Illegal drugs are strictly prohibited at Swinging Richards. This includes but is not limited to buying, selling, distribution, or consumption of said substances. Illegal drugs include, but are not limited to: Cocaine, Methamphetamines, Opiates (Heroin, Opiate based pain killers without a prescription) and G.H.B / "G". Random urine drug screening will be conducted at the discretion of management. Entertainers that test positive on a drug screen will face strict penalties including, but not limited to fines, suspension, and termination. **The use of G.H.B. will result in immediate termination.** This is your only warning.


EXHIBIT 4
WIT: Colunga
DATE: 8/21/14
TANYA PAGE, CCR

5. **Friends and Family**: Boyfriends, girlfriends, husbands, wives, sex partners, and any other kind of domestic partners of entertainers are prohibited from being in Swinging Richards. Swinging Richards does not have a guest list. All guests musts pay full cover price for entry.

6. **Sign In**: Upon entering Swinging Richards to being your shift, you must sign your stage name into the Sign-In Log. You must also list the time displayed on the Sign-In clock. Listing a time other than the time displayed on the Sign-In clock is prohibited. Upon completion of sign-in, entertainers are prohibited from exiting the building for any reason and returning to Swinging Richards the same night, as stated in Atlanta City Ordinance. Please have everything from you need from your car before entering the building. The first entertainer to sign in **BEFORE 7:00pm** does not have to pay the $25 House Fee mentioned in article 9. The first 3 entertainers BEFORE 7:00pm have the option to leave after 12:30am, providing there are enough entertainers for the night. For late arrival, see article 9. After completing sign-in, entertainers are required to promptly place their Dance Rotation Stick on the rotation board located in the DJ booth.

7. **Club Operations**: Entertainers are prohibited from being on Swinging Richards property any time while not signed in to work. Entertainers must have a valid City of Atlanta Adult Entertainment permit on file with management. It is the entertainer's responsibility to know when their permit expires. Entertainers are to use the restrooms in the locker room only. Use of general customer restrooms is prohibited. Full bottom underwear must be worn at all times while not on stage or performing a table dance. Socks and shoes must be worn at all times. It is the entertainer's responsibility to collect all tip money for table dances and VIP rooms up front. If a problem should arise with a customer, notify the closest staff member. Do not engage in a confrontation with the customer. Any physical battery done to a customer will result in immediate termination and legal prosecution. When leaving Swinging Richards, entertainers may not leave

with any customers of Swinging Richards, even if they are friends. Entertainers are not to enter bar services areas.

8. **No Touch / Performance Policy:** Atlanta City Ordinance states that it is unlawful for a customer to touch an entertainer in any form other than tip in your armband. Table dances are to be done at arm's length away. While performing table dances, both feet must remain on the floor and hands must be off the wall at all times. Entertainers may not sit or grind in the customers lap or simulate any sexual activity. Erections and cock-rings are prohibited. Customers must remain fully clothed at all times. It is the responsibility of the entertainer to ensure that their customer remains clothed.

9. **Stage Sets:** Each stage set consists of 3 songs. Entertainers will rotate on the main stage for each song. Entertainers will also be expected to perform on the back VIP stage as required. First song of the set, entertainers are shirtless; second song, down to underwear; and third song, fully nude provided you have received at least $10 in tips by the third song. Tipping is to be done in the arm band only. **BE ON TIME FOR STAGE SETS!!**

10. **Tipping / House Fees / Fines:**
    a. If cashing in small bills for larger at the bar, please remember to tip the bar staff. Sodas, juices, and cups of water are free, but again, please remember to tip the bar staff. The VIP host works for tips and does a lot to ensure a safe and professional environment. The House fee is $25 each night an entertainer works. If there is a midnight review, there is an additional $10 House fee. Tip out to the DJ is 10% of all money earned that night, no less than $10. Tip out to the Front Door host is min. $5. On Friday and Saturday night, an additional $1 is collected from each entertainer to pay for Intoxilyzer tubes. On Tuesday, Friday, and Saturday, $3 is collected from each entertainer to pay for the VIP security monitor. Any additional tips are always greatly appreciated.

    b. Any entertainer that signs in between 8:01pm – 8:30pm is required to pay a $10 late fine, and between 8:31pm – 9:30, a $20 fine. Entertainers arriving after 9:30pm will not be able to work unless they have prior permission from management.

11. **Work Schedule:** All entertainers are required to work a minimum of 3 days per week. If you are enrolled as a student, the requirement is only 2 days with proof of current enrollment. Any time off must be put in writing before leave. Excessive unexcused absence will be taken as a termination to your contract.

12. **Image and Appearance:** Swinging Richards is a high end adult entertainment establishment. All entertainers are hired with specific and strict physical appearance requirements. Entertainers are required to maintain their physical appearance at or better than date of hire. Physical appearance will be judged by management observation and customer feedback.

13. **Violation of Contract Terms:** Any violations of this contract will result in any of the following at management discretion:

    a. Verbal Warning

    b. Monetary Fine

    c. Suspension

    d. Termination

I, _____, fully understand all the rules and regulations of Swinging Richards, and understand that failure to comply could result in disciplinary actions or termination at the discretion of management. Violations of City of Atlanta ordinance can result in arrest and imprisonment. I also acknowledge that I am a contractor for Swinging Richards and am not an employee of Swinging Richards.

                                                           Entertainer Signature   /   Date