# EXHIBIT L



### VIP Lounge Entrance Fee
### $10 per person

#### VIP Room Rental
15 minutes $40 - 30 minutes $65
60 minutes $125

#### Table Dances in VIP Lounge
$20 per Dancer

#### Table Dances on Main Floor
$10 per Dancer

### Special Offers
#### Free bottle of Roederer Estate
with 60 minutes VIP room rental

#### Cristal Champagne
$300


DEFENDANT'S EXHIBIT 1   8/22/14   CH