# EXHIBIT M

## Front Door

1) Get bank from Management, trade in 10 dollar bills for 5's if needed. Insert into register.
2) It is the Front Door person's responsibility to hand out checks to dancers. The checks are in the blue bank bag; if the Dancers check is not in the bag and it's been longer than 2 business days take a Guest Check and have the dancer write his real name, dancer name and SS#; also, write on the slip a small note to Karen/Amy the date of which the dancer is waiting for his money.
3) At 8:01 draw a line, on the Dancer sign in sheet; then, draw another line at 9:01.
    Note: Dancers are not allowed in after 10pm UNLESS approved by Management ONLY.
4) Take 2 envelopes. On the first write "Swinging Richards House" "Date" "Managers names" then write down every dancer from the sign in sheet. (Make sure it's numbered) On the 2nd envelope write "Swinging Richards Late House", "Date", "Manager's name" then write down all the dancers from 8:01 to 9:00 in one section and the dancers from 9:01 to 10:00 in a second section.
5) On a third envelope write "Swinging Richards Totals", "Date", and "Managers Name" in the first section write "Front door – Name" then, in one or two columns, write "Before 8, VIP Members, Military, B-Day, Passes, College, Industry, Comps, Paid 5 and Paid 10." After that write "Total door count."
6) Second section write "Vip Door – Name" then "Bands, Rooms, and $ Total"
7) In the third section write "Bar Totals," the list the bars that are being used for the night with the Bartenders name.
8) Finally, the forth section write "Cash Summary" and make a box listing 1, 5, 10, 20, 50, & 100 and have two boxes following after each number. The next boxes will have the quantity of those bills and the third boxes will have the total. In the same section, next to your "Cash Summary" box write "Total with $300.00 bank." Then put the grand total.
9) You will need to keep a tally sheet of all the free entries for the night. (Before 8, VIP Members, Military, B-Day, Passes, College, Industry, & Comps.) You will only need to keep a tally of people paying $10 on our "2-4-1" entry nights.
10) Entry Fees, Monday's free entry, Tuesdays & Wednesdays $5, Thursdays 2-4-1 entry (2 people only pay a total of $10's, one person pays $10's), Friday's & Saturday's $10. (These prices are subject to change during special events, promotions, or holidays.)
11) Tip Out, at the end of the night Dancers are required to tip out the front door guy AT LEAST $5 Monday thru Thursday. On Friday and Saturday the dancers have to tip out AT LEAST $6 BECAUSE that extra dollar, per dancer, will go in a separate envelope to Karen for the breathalyzers.



CONFIDENTIAL

SR000421