# EXHIBIT O

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

        Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC. d/b/a
SWINGING RICHARDS, AND C.B.
JONES,

        Defendants.

Civil Action No.: 1:13-cv-3767-TWT

## STIPULATION

WHEREAS, Plaintiffs Clinton Henderson and Andrew Olinde, on behalf of themselves and the opt-in Plaintiffs ("Plaintiffs") brought this collective action for minimum wages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. against 1400 Northside Drive, Inc., d/b/a/ Swinging Richards ("Defendant 1400") and C.B. Jones ("Defendant Jones") (collectively "Defendants").

1

WHEREAS, Plaintiffs allege that they are and/or were employees of Defendants for purposes of the FLSA;

WHEREAS, Plaintiffs allege that Defendants are and/or were Plaintiffs' employers for purposes of the FLSA;

WHEREAS, on May 28, 2014, Defendant 1400 filed an Amended Answer to Plaintiffs' First Amended Complaint asserting that Plaintiffs were properly classified as independent contractors and denying, among other things, that Plaintiffs are and/or were employees of Defendant 1400 for purposes of the FLSA, and that it was an employer for purposes of the FLSA (ECF No. 53);

WHEREAS, Plaintiffs filed a Second Amended Complaint on July 16, 2014 adding Defendant Jones (ECF No. 64);

WHEREAS, the parties wish to litigate this case as efficiently and expeditiously as possible;

WHEREFORE, the parties hereby STIPULATE and AGREE:

(1)   For purposes of this case only, unless determined by the Court not to be an "enterprise engaged in commerce or in the production of goods for commerce," or unless the Court determines that the Plaintiffs are exempt under the "Creative professional" exemption, Defendant 1400 will not dispute that the

Plaintiffs are entitled to all of the benefits of the FLSA, including earning at least the federal minimum wage for each hour worked;

(2) Plaintiffs shall not move for summary judgment or otherwise request that the Court determine as a matter of law that they are and/or were Defendant 1400's employees, that Defendant 1400 is and/or was their employer; or that Plaintiffs were misclassified as independent contractors; and

(3) Defendant shall not rely on the "independent contractor" defense during any portion of this litigation, including trial and appeal.

DATE: July 22, 2014

**NICHOLS KASTER, PLLP**

s/ Paul J. Lukas
Paul J. Lukas, MN Bar No. 22084X*
Timothy C. Selander, MN Bar No. 0387016*
Anna Prakash, MN Bar No. 0351362*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
lukas@nka.com
selander@nka.com
aprakash@nka.com
*admitted pro hac vice*

DATE: July 22, 2014

**LAW OFFICE OF HERBERT P. SCHLANGER**

s/ Herbert P. Schlanger
Herbert P. Schlanger, GA Bar No. 629330
230 Peachtree Street, N.W. Suite 1890
Atlanta, GA 30303
Telephone: (404) 808-6659
Fax: (404) 745-0523
hschlanger@bellsouth.net

WM Scott Schulten
Ga. Bar Number 630272
Susan Kastan Murphey, GA Bar No. 408498
Dean R. Fuchs, GA Bar No. 279170

3

| | |
|---|---|
| **MAYS & KERR, LLC**<br>Jeff Kerr, GA Bar No. 634260<br>John Mays, GA Bar No. 986574<br>235 Peachtree St. NE #202<br>Atlanta, GA  30303<br>Telephone: (404) 410-7998<br>Fax: (404) 855-4066<br>jeff@maysandkerr.com<br>john@maysandkerr.com<br><br>**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE** | Schulten Ward & Turner, LLP<br>260 Peachtree Street, NW<br>Suite 2700<br>Atlanta, GA  30303<br>(404)688-6800<br>skm@swtlaw.com<br>drf@swtlaw.com<br>wss@swtlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

4

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### CERTIFICATE OF SERVICE
*Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards, et al.*
Court File No.: 1:13-cv-3767-TWT

I hereby certify that on July 22, 2014, I caused the **Stipulation** to be served by electronic mail with consent to the following persons at the following addresses:

Herbert P. Schlanger
Ga. Bar Number 629330
hschlanger@bellsouth.net
herb@schlanger.com
Law Office of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, GA  30303
404-808-6659

WM Scott Schulten
Ga. Bar Number 630272
wss@swtlaw.com
Susan K. Murphey
Ga. Bar Number 408498
skm@swtlaw.com
Dean R Fuchs
Ga. Bar Number 279170
drf@swtlaw.com
Schulten Ward & Turner, LLP
260 Peachtree Street NW
Suite 2700
Atlanta, GA  30303
404-688-6800

Attorneys for Defendants.

Dated:  July 22, 2014

/s/ Paul J. Lukas
Paul J. Lukas

5