JAMES MATTHEW COLUNGA   8/21/2014

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


CLINTON HENDERSON AND        )
ANDREW OLINDE, INDIVIDUALLY  )
AND ON BEHALF OF ALL OTHER   )
SIMILARLY SITUATED           )
INDIVIDUALS,                 )
                             )
            Plaintiffs,      )
                             ) CIVIL ACTION FILE
       vs.                   )
                             ) NO. 1:13-CV-3767-TWT
1400 NORTHSIDE DRIVE, INC.,  )
D/B/A SWINGING RICHARDS      )
AND C.B. JONES,              )
                             )
            Defendants.      )


CONFIDENTIAL


Deposition of

JAMES MATTHEW COLUNGA, taken on behalf of the

Plaintiffs, pursuant to the stipulations agreed

to herein, before Tanya L. Verhoven-Page,

Certified Court Reporter and Notary Public, at

260 Peachtree Street, Atlanta, Georgia, on

the 21st day of August, 2014, commencing at

the hour of 9:09 a.m.

JAMES MATTHEW COLUNGA   8/21/2014

Page 2

1                   APPEARANCES OF COUNSEL
2
3    On behalf of the Plaintiffs:
4         PAUL J. LUKAS, ESQ.
          TIM C. SELANDER, ESQ.
5         NICHOLS Kaster
          4600 IDS Center
6         80 S. 8th Street
          Minneapolis, Minnesota 55402
7         (877) 448-0492
          (612) 338-4878
8         e-mail: lukas@nka.com
          e-mail: selander@nka.com
9
10
11   On behalf of the Defendants:
12        SUSAN KASTAN MURPHEY, ESQ.
          Schulten, Ward & Turner
13        260 Peachtree Street, N.W.
          Suite 2700
14        Atlanta, Georgia 30303
          (404) 688-6800
15        (404) 688-2723
          e-mail: skm@swtlaw.com
16
          HERBERT P. SCHLANGER, ESQ.
17        Law Office of Herbert Schlanger
          230 Peachtree Street, N.W.
18        Suite 1890
          Atlanta, Georgia 30303
19        (404) 588-1981
20
21
22   ALSO PRESENT:  Karen Caudle
23
24                    -     -     -
25

MERRILL CORPORATION
877-489-0367                www.merrillcorp.com/law

JAMES MATTHEW COLUNGA   8/21/2014

Page 3

1                          I N D E X

2

3              WITNESS: JAMES MATTHEW COLUNGA

4

5     Examination                              Page

6

    BY MR. LUKAS                                 4
7   BY MS. MURPHEY                             107
    BY MR. LUKAS                               107
8

9

10                        EXHIBITS:

11    Colunga
      Exhibit                                  Page
12

13   Exhibit 1           Plaintiff's first
                         amended notice of
14                       deposition of
                         Defendant                4
15

     Exhibit 2           Independent contractor
16                       agreement               58

17   Exhibit 3           Independent contractor
                         agreement along
18                       with some rules        59

19   Exhibit 4           Club's rules and
                         regulations            59
20

21

22

23

24

25

JAMES MATTHEW COLUNGA   8/21/2014

Page 4

1      ATLANTA, GEORGIA; THURSDAY, AUGUST 21, 2014

2                       9:09 A.M.

3

4      Thereupon --

5                  JAMES MATTHEW COLUNGA,

6      called as a witness, having been first duly sworn,

7      was examined and testified as follows:

8

9                     EXAMINATION

10   BY MR. LUKAS:

11      Q      Please state your full name for the

12   record, please.

13      A      My full name is James Matthew Colunga.

14      Q      And how do you spell your last name,

15   Mr. Colunga.

16      A      C-o-l-u-n-g-a.

17   (Colunga Deposition Exhibit No. 1 was marked for the

18   record.)

19   BY MR. LUKAS:

20      Q      Okay.  And I'm putting in front of you

21   what's been marked as Deposition Exhibit 1.

22              This is the Plaintiff's first amended

23   notice of deposition of Defendant, 1400 Northside

24   Drive, Inc., doing business as Swinging Richards

25   pursuant to Federal Rule Civil Procedure 30(b)(6).

JAMES MATTHEW COLUNGA   8/21/2014

1    A    Cool.

2    Q    We'll take frequent breaks, but if, for

3   some reason you want to take a break, you tell me,

4   and I'll finish whatever line of questioning I'm

5   pursuing at that time, and then we'll take a break.

6   Okay?

7    A    Okay.

8    Q    So you haven't had your deposition taken

9   before, but this is what they call a 30(b)(6)

10  deposition, and what it is is it's a deposition on

11  topic, and I present the other side with a list of

12  topics I'm interested in, and they present the

13  witnesses to testify to those.

14        Talking to your lawyer off the record,

15  it's my understanding that you are prepared today to

16  be the corporate representative on topics two, three,

17  four, six and seven; is that correct?

18   A    Yes.

19   Q    Okay.  Let's get started then.

20        What is your current position?

21   A    I'm the general manager and the DJ.

22   Q    And how long have you been the general

23  manager and DJ?

24   A    Since 2004.

25   Q    Have you held any other position with the

JAMES MATTHEW COLUNGA   8/21/2014

Page 7

1    defendant?

2         A     Yes.  I've been there 17 years.  I've

3    been a dancer, a bartender, a waiter, door.  Every

4    job there, I've been.

5         Q     And as general manager and DJ, who is

6    your boss?

7         A     C.B. Jones.

8         Q     And how long has Mr. Jones been your

9    boss?

10        A     I guess 17 years.

11        Q     How long were you a dancer?

12        A     I was a dancer for two and a half years.

13        Q     How long were you a bartender?

14        A     Not very long.  Six months.

15        Q     Okay.  How about a waiter?

16        A     About the same.

17        Q     How long were you on the door, a doorman?

18        A     I worked VIP door probably about six

19    months.

20        Q     And what job did you have first?

21        A     Dancer.

22        Q     And you went from dancer to what?

23        A     Dancer, bartender.  I worked the door,

24    VIP door, waited tables.  I kind of did whatever they

25    needed me for.

JAMES MATTHEW COLUNGA  8/21/2014

Page 8

1    Q    When did you become DJ or when did you

2    take on DJ responsibilities?

3    A    DJ was -- honestly I can't remember.

4    Q    Did you take on the DJ duties at the same

5    time you took the general manager duties?

6    A    No.  I started DJing first.

7    Q    And you've been general manager since

8    2004?

9    A    Yes.

10   Q    And as general manager, you report to

11   C.B. Jones; is that right?

12   A    Yes.

13   Q    Do you report to anyone other than C.B.

14   Jones?

15   A    No.

16   Q    And are there any management level

17   employees between you and the other people that work

18   at the club?

19   A    No.

20   Q    And what other positions or job titles

21   other than dancer are there at the club?  You

22   mentioned some that you performed.

23        So there's dancers, correct?

24   A    Yes.

25   Q    There's bartenders?

JAMES MATTHEW COLUNGA   8/21/2014

Page 14

1    A    No.

2    Q    When you're not there, who has the

3  managerial responsibility?

4    A    I have an assistant manager now, and he's

5  my other DJ, and that's August Caudle.

6    Q    How do you spell August's last name?

7    A    The same as her last name.

8    Q    I'm sorry.  There's a relation I take it?

9    A    Yes.

10   Q    What's the relation?

11   A    That's his mom.

12   Q    And how long has August been in the

13  assistant manager position, best guess?

14   A    About three or four months.

15   Q    Okay.  And prior to August taking that

16  role, who would be in charge when you weren't

17  working?

18   A    I had a bar manager.

19   Q    And who was the bar manager?

20   A    It was Billy Sandberg.

21   Q    Is Billy still with the club?

22   A    No.

23   Q    How long was Billy with the club?

24   A    Seven years.

25   Q    And why did Billy leave?

JAMES MATTHEW COLUNGA   8/21/2014

1    there, too.  Just paying bills, get everything

2    organized.

3         Q     When you say mess, what do you mean by

4    mess?

5         A     The manager that was there before never

6    showed up to work.  So he kind of left everything in

7    a mess.

8         Q     How long do you plan on doing this

9    commute from club to club?

10        A     I don't know.  I guess not too much

11   longer.  They only want to keep the club open two

12   more weeks.

13        Q     I see.  The club is going to close?

14        A     The club is for sale.

15        Q     I see.  And then, at that point, is it

16   your intention to come back here and work full-time

17   here in Atlanta?

18        A     No.

19        Q     What's your plan?

20        A     Plan is to have the club fly me back and

21   forth, and I'll spend more time in Fort Lauderdale.

22        Q     Even after the sale of the club?

23        A     Even after the sale.  I'm over Atlanta.

24        Q     So you want to live in North Miami Beach?

25        A     Fort Lauderdale, yes.

JAMES MATTHEW COLUNGA   8/21/2014

```
                                              Page 22
1          Q      Fort Lauderdale.  So on a -- let's talk
2     about -- I understand that the operation of the club
3     as far as how many people you have working and
4     whatnot depends on the night or the day of the week,
5     basically, right?
6          A      Yes.
7          Q      Let's talk about -- and your busiest
8     nights are Friday and Saturday night?
9          A      Yes.
10         Q      What's your deadest or slowest night?
11         A      Slowest night is Monday.
12         Q      Let's talk about a Monday then.
13                On a Monday, how many bartenders do you
14    have staffed?
15         A      One.
16         Q      How many waiters?
17         A      We don't have a waiter on Monday.
18         Q      How about VIP door?
19         A      One.
20         Q      How about front door?
21         A      One.
22         Q      Is that the same person or two different
23    people?
24         A      Two different people.
25         Q      How about security?
```

JAMES MATTHEW COLUNGA   8/21/2014

Page 23

1    A    No.

2    Q    How about shooter boys?

3    A    None.

4    Q    How about bathroom valet?

5    A    No.

6    Q    How about -- DJ I assume would be you

7  or --

8    A    August.

9    Q    August?  Any other employees working on

10  Monday nights?

11    A    No.

12    Q    So you have basically one bar -- you, one

13  bartender, VIP door, front door, and that's it?

14    A    That's it.

15    Q    And how many dancers do you have on a

16  Monday night?

17    A    Normally, on a Monday night, we have

18  anywhere from ten to 15.

19    Q    Okay.  Let's talk about the busiest -- is

20  Friday or Saturday night the busiest night?

21    A    Saturday.

22    Q    Let's talk about a Saturday night.  On a

23  Saturday night how, many bartenders do you have?

24    A    Four.

25    Q    How many waiters?

JAMES MATTHEW COLUNGA   8/21/2014

Page 24

1    A    Three.

2    Q    How many VIP door?

3    A    We have one and a security person.

4    Q    How many front door?

5    A    One.

6    Q    Is the VIP door, front door and security

7  person three separate people?

8    A    Yes.

9    Q    Okay.  Shooter boys?

10   A    None.

11   Q    You don't have any shooter boys on sight?

12   A    I don't have any shooter boys right now.

13   Q    Okay.  How long has it been that you

14  haven't had shooter boys?

15   A    Probably about six months.

16   Q    I see.  And when you had them, how many

17  of them would you have on a Saturday night?

18   A    Two.

19   Q    Is there a reason you don't have shooter

20  boys anymore?

21   A    I haven't had any good ones apply.

22   Q    Bathroom valet on Saturday night?

23   A    Yes.

24   Q    One?

25   A    One.

JAMES MATTHEW COLUNGA   8/21/2014

1    Q    And there's a DJ, slash, general manager?

2    A    Yes.

3    Q    You or August, correct?

4    A    Yes.

5    Q    And August's title, by the way, is

6    assistant manager?

7    A    Yes, and DJ.

8    Q    Right, and how many dancers on a Saturday

9    night?

10   A    Anywhere from 35 to 45.

11   Q    What is -- what's the job of an

12   entertainer?  What is their job?

13   A    Make fantasy up.

14   Q    Are they -- do you call them dancers, or

15   do you call them entertainers?

16   A    Entertainers.

17   Q    And how do they make fantasy happen?

18   A    You have a lot of lonely people come in

19   there.  It's, you know, not everybody is good at it.

20   You have to learn the job.  It's -- you've got to

21   make somebody think that you're in love with them or

22   that you care for them and you have feelings for

23   them.  There's a lot to it.

24   Q    And how does an entertainer go about

25   making someone feel they have feelings for them?

JAMES MATTHEW COLUNGA   8/21/2014

Page 30

1   about the actual dances and VIP room and that sort of

2   thing; is that right?

3       A    Yes.

4       Q    Is it smart or is it effective for an

5   entertainer then to leave that to the customer to

6   bring up?  Is that what you train your entertainers

7   to do?

8       A    Eventually the customer will bring it up

9   and, you know, it just happens over time.

10       Q    One thing I'm curious about is do you

11   have any sense of what percentage of your customers

12   generate what percentage of your revenue?

13           Do you know what I mean by that?

14       A    Yes, I know what you mean by that.

15       Q    I imagine you have some folks that come

16   in and it's basically a peep show, and they sit in

17   the chair and watch, right?

18       A    Yes.

19       Q    Not spend a dime, maybe buy a drink or

20   something, right?

21       A    Yes.

22       Q    And you have others that come in, give

23   dancers money, ask for table dances, go into the VIP

24   lounge, go in the VIP rooms, right?

25       A    Yes.

JAMES MATTHEW COLUNGA  8/21/2014

Page 44

1    A    Yes.

2    Q    So at this point, so we've got the person

3  comes off the main stage.  They do -- let's say they

4  do a floor/table dance for the ten dollars or

5  whatever.  Then, at that point, the customer could

6  choose to go and do a VIP room with that dancer?

7    A    Yes.

8    Q    And that's something that the two of them

9  discuss; that's right?

10    A    Yes.

11    Q    And an effective entertainer, as you

12  described it, wouldn't give a hard sell or hard push

13  on that?  They'd --

14    A    They all have their ways of doing things.

15  I mean, certain dancers it works for and certain

16  dancers it doesn't.

17    Q    And I assume from the dancer's

18  perspective you would want the customer -- that would

19  be a goal, to get a customer to go into the VIP room;

20  is that right?

21    A    Yes.

22    Q    And can -- first of all, how much does it

23  cost for a customer to get into the VIP lounge?

24    A    Ten dollars.

25    Q    And if someone wants to go right from the

JAMES MATTHEW COLUNGA   8/21/2014

Page 45

1   main floor to a room, do they have to pay that ten

2   dollars to get through the door?

3        A    Yes.  They pay in conjunction with the

4   room cost.

5        Q    I see.  And that's something they pay the

6   dancer?

7        A    No.  They pay our VIP door guy.

8        Q    So that -- what is it ten dollars?

9        A    Ten dollars for a wristband.

10        Q    And is that every night?

11        A    No.

12        Q    That's just the night that you have

13   dancers on the VIP stage?

14        A    No.  No.  I mean, we -- there's a night

15   in there -- I'm not really sure which one -- that we

16   don't charge to go in the back.

17        Q    Is that sort of, like, a special or

18   something that --

19        A    Yes.

20        Q    And -- but that door charge gets paid

21   right to the VIP doorman?

22        A    To the -- it goes -- yes.

23        Q    And then regardless of where they started

24   from, either in the VIP lounge or the floor and they

25   are going into a room, then the -- does the customer

JAMES MATTHEW COLUNGA   8/21/2014

Page 46

1    pay the dancer for the room?

2         A      He pays the dancer in front of our VIP

3    door guy, and then our VIP door guy keeps the money

4    until the end of the night where the dancer collects

5    it.

6         Q      And that's true whether it's cash or

7    credit?

8         A      If it's credit, then a check is written

9    24 hours later.

10        Q      But when it's cash and a room is going to

11   be rented, the transaction occurs in front of the VIP

12   door person?

13        A      Yes.

14        Q      But the money that's exchanged goes from

15   the customer to the entertainer?

16        A      It goes from the customer to our VIP door

17   guy, which holds it an envelope until the end of the

18   night, and then the dancer gets it from them.

19        Q      I see.  And what if the customer -- as I

20   understand it, the customer -- there's a minimum the

21   customer has to pay for the VIP room; is that right?

22        A      Yes.

23        Q      And what are those rates?

24        A      Is this for the room or for the dancer?

25        Q      For the room?

JAMES MATTHEW COLUNGA   8/21/2014

Page 47

1    A    It's 40 for a 15-minute room.  Sixty-five
2  for a 30, and 125 for an hour.
3    Q    And is that what -- say -- let's talk
4  about the 15 -- or the 15-minute one.
5         That $40 is what the customer hands the
6  door person -- or hands the door person?
7    A    Yes.
8    Q    Well, first they hand them ten to get
9  into the VIP room if they hadn't already done that?
10   A    Right.
11   Q    And then they hand them 40; is that
12  right?
13   A    Yes.
14   Q    And then is that all they pay for the VIP
15  room?
16   A    Plus the dancer.  Yes, that's all they
17  pay for the room, yes.
18   Q    How much do they pay for the dancer?
19   A    It's $100 for 15 minutes.
20   Q    And do they give that $100 to the door
21  person, as well?
22   A    Yes?
23   Q    So in that scenario, it's at least $100?
24   A    It's -- $100 is what we require them to
25  pay.  If they give anything more, it's a tip.

JAMES MATTHEW COLUNGA   8/21/2014

Page 52

1    and pay an additional 10 percent on his end, then the

2    dancer -- you know, it equals it out more towards

3    $100.

4        Q    I see, but that's a separate

5    conversation?  That isn't mandatory?  That's

6    something that could be talked about?

7        A    Right.

8        Q    Where the dancer goes, hey, man, I'm

9    going to get nicked 10 percent because you don't have

10   cash on you.  Why don't you go use that ATM over

11   there, and they're like, well, I'll just pay the

12   difference or whatever, but that's a separate

13   conversation?  It's not required?

14       A    Yes.

15       Q    Okay.  And there is an ATM right in the

16   club, right?

17       A    Two.

18       Q    And is there a scenario where a credit

19   card can be used for anything else in the club other

20   than the VIP room?

21       A    Drinks.

22       Q    Right.  Food and beverage, correct?

23       A    Yes.  Not on food.

24       Q    How about for main stage table dances?

25       A    No.

1       Q       VIP table dances?

2       A       No.

3       Q       And they certainly can't give money to a

4    dancer on the main stage using a credit card?

5       A       They can slide it down the crack.

6       Q       I just stumbled into a joke, an industry

7    joke.

8       A       Yes, I use it on the mic all the time.

9       Q       But they can't?

10      A       No.

11      Q       That has to be cash?

12      A       Yes.

13      Q       So the only time we're really talking

14   about a credit card involving the entertainer is the

15   scenario where there's a VIP room, right?

16      A       Yes.

17      Q       And then what's -- what the company keeps

18   track of is what -- does the company keep track of

19   how much money is collected at least with respect to

20   the $40?

21      A       Yes, we do.

22      Q       Whether it's cash or credit, they track

23   that, right?

24      A       Yes.

25      Q       Do they keep track of the entertainer's

JAMES MATTHEW COLUNGA   8/21/2014

Page 55

1   we're talking cash, the customer pays the cash to

2   whom?   The entertainer, and then the entertainer pays

3   the doorman or the other way around?

4        A     The customer hands the $100 to the door

5   guy right in front of the entertainer.

6        Q     You mean the 140?

7        A     No.   The 100 for the dancer, and then the

8   40, of course, is separate that goes in another

9   envelope.

10        Q     But the -- all of the money goes to the

11   doorman?

12        A     Yes, and at the end of the, night the

13   dancer comes back and gets his money.

14        Q     Who is your VIP doorman?

15        A     I've got two.

16        Q     Who are they?

17        A     I've got Jeremiah Jacobs and August

18   Caudle.

19        Q     I assume that's a position you need

20   somebody that you trust?

21        A     Yes.   I need somebody I trust in all my

22   positions.

23        Q     I understand, but that one in particular

24   because they are being handed cash.

25        A     They are handed cash in all my positions.

MERRILL CORPORATION

877-489-0367              www.merrillcorp.com/law

JAMES MATTHEW COLUNGA   8/21/2014

Page 56

1      Q     Is there a difference between the dance

2  that's performed on the main floor as opposed to the

3  dance that's performed in the VIP lounge?

4      A     Dances on the main floor are normally

5  done in chairs.  The only thing we have in the back

6  room are bar stools, but, I mean, no, it's still

7  supposed to be no touching.

8      Q     And same with respect to the VIP rooms,

9  the same rules apply?

10     A     Yes.

11     Q     So the table dances or floor dances that

12  they do that are off the main stage those are all the

13  same regardless of which location they are in?

14     A     Right.  Just one -- each one has a little

15  more privacy than the other one.

16     Q     And it goes from the least private being

17  the main floor to the most private being the VIP room

18  and the middle one being the VIP lounge?

19     A     Yes.

20     Q     And so the dances that they do, these

21  table dances, do they have a one-song limit; is that

22  right?

23     A     A one-song -- they can do one, or they

24  can do multiple.

25     Q     Do they -- does the customer pay more

JAMES MATTHEW COLUNGA   8/21/2014

Page 57

1   than -- let's go to the main floor -- more than ten
2   dollars for a, say, three-song table dance as opposed
3   to a one-song?
4       A     They are going to pay $10 each song.
5       Q     So it's -- these dancers are performing a
6   series of dances for which they get $10 per song?
7       A     Yes.
8       Q     And that's what they do all night long
9   over and over hopefully?
10      A     Yes.
11            MR. LUKAS:  Okay.  We can take a
12      quick break.
13                  (Brief pause.)
14            MR. LUKAS:  Let's go back on the
15      record.
16  BY MR. LUKAS:
17      Q     Before I go to these documents, I think I
18  need to clarify something.
19            When we were talking about the actual
20  transaction the, VIP room transaction, I think the --
21  I think -- the first time you mentioned it you said
22  the customer pays the dancer who hands it over to --
23  in front of the doorman who hands it over to the
24  doorman, and then later it sounded more like the
25  customer hands it directly to the doorman, which is

Page 58

1  it?

2      A     I couldn't tell you.  I'm not there, but,

3  I mean, any direct way.  Whether the money gets

4  handed to the dancer, it ends up with the VIP guy in

5  an envelope that has their name on it, and at the end

6  of the night, the dancer goes and grabs his money.

7      Q     I see, but it's the dancer's obligation

8  or it's the duty of the dancer to collect the money

9  from the customer?

10     A     Yes.

11  (Colunga Deposition Exhibit No. 2 was marked for the

12  record.)

13  BY MR. LUKAS:

14     Q     Okay.  And -- okay.  Then let's go to

15  these documents.

16           What is Exhibit 2?

17     A     It's an independent contractor agreement.

18     Q     And is that something that is or was used

19  by Swinging Richards?

20     A     It was at one time, yes.

21     Q     Do you remember when?

22     A     It would be when I was at Bliss.  So it

23  was 2012.  Early 2012.

24     Q     When say when you were at Bliss, what is

25  that?

JAMES MATTHEW COLUNGA   8/21/2014

Page 60

1    Q      And for as long back as you can remember?

2    A      Changed a few times here and there, but,

3  yes, basically.

4    Q      When is the last time anything was

5  changed on it?

6    A      Probably -- I changed it when I came

7  back.  So January of 2013.

8    Q      What did you change on it?

9    A      I changed house fees from 25 to $20.

10         When I came back, they were kind of

11  scattered all over the place.  One night was 10, one

12  night was 15, one night is 25.

13         So I just changed it all to a 20.

14    Q      Any other changes you've made that you

15  can remember in the last few years?

16    A      No.

17    Q      As Exhibit 2 is that something you had a

18  role in drafting.  We're going back to 2.  I'm sorry.

19  I jumped around on you a little.

20    A      Did I have a role in drafting it?

21    Q      Right.

22    A      No.

23    Q      And same thing with 3?  Did you have a

24  role in drafting 3?

25    A      No.

1     Q       But it sounds like you had a role in

2   drafting 4?

3     A       4 is all me, yes.

4     Q       So you drafted the original of 4?

5     A       Well, no.  I mean, I'm sure it was a

6   derivative from, you know, when the club first

7   opened, and it's just kind of stepped up a little bit

8   more and more each year.

9     Q       And the changes you've made are, for

10  example, like the door charge -- or I'm sorry -- the

11  house fee?

12    A       Yes.

13    Q       And you have the authority and ability in

14  your position to make those kinds of changes?

15    A       Yes.

16    Q       And is that something when you changed

17  the -- for example, when you changed the house fee

18  from the random numbers to just 20, is that something

19  you had to check with C.B. Jones on?

20    A       No.

21    Q       That's something you did on your own?

22    A       Yes.

23    Q       How are you paid?

24    A       Through tips.

25    Q       What does that mean?  What are the tips?

JAMES MATTHEW COLUNGA   8/21/2014

Page 62

1      A      I get 10 percent of what each dancer

2  makes each night.

3      Q      And how do you know how much each dancer

4  makes each night?

5      A      I have to trust them.

6      Q      Do you -- is there some kind of recording

7  or something that they write down how much they make

8  each night?

9      A      No.

10      Q      I see.  And that's -- that 10 percent is

11  something that the dancer pays you at the end of

12  every night?

13      A      Yes.

14      Q      And is that in cash?

15      A      Yes.

16      Q      And that's all your compensation?  That's

17  what you make for your position?

18      A      That's all I make.

19      Q      So you're -- your incentive, at least

20  financially, is to have as many dancers making as

21  much money as possible every night?

22      A      To get on that mic and talk about them.

23  Get people interested in them.  Get them to buy VIP

24  rooms, play better music.

25      Q      So when -- when -- like, for example, in

JAMES MATTHEW COLUNGA   8/21/2014

Page 63

1    Exhibit 4, there's some talk about 10 percent -- tip
2    out to the DJ is 10 percent.
3              That's basically you?
4      A    Yes.
5      Q    And that's mandatory?
6      A    Yes.  It's -- I say it's mandatory.  If I
7    get a dancer that has made 30 or 40 bucks, I'm not
8    going take his last penny.
9      Q    But it has to be at least ten bucks,
10   generally?
11     A    Generally, but there, again, I give
12   dancers -- you've got 40 boys.  Some of them don't
13   make money.  I'm not going to be the asshole at the
14   end of the night that's going to take their last
15   money.
16     Q    But the track -- so you don't track how
17   much they make.  You just have to take their word for
18   it?
19     A    Yes.
20     Q    I assume, at this point, you generally --
21   as the DJ and as the general manager, you have a
22   pretty good feeling as to how much everyone makes in
23   a night?
24     A    I could look at their VIP sales --
25   because I get slips in there that let me know what

JAMES MATTHEW COLUNGA  8/21/2014

Page 64

1    time they come in or what time they go out and how

2    long the room is for, but, generally, I mean, it's --

3    it's kind of going by what they are saying.

4          Q       But there's no effort to track exactly

5    how much a dancer makes over the night?

6          A       No.

7          Q       There's no tracking of how much they make

8    on cash given to them while they are on the main

9    stage?

10         A       No.

11         Q       There's no record kept of money that they

12   make for floor dances?

13         A       No.

14         Q       Or VIP dances?

15         A       No.

16         Q       Or -- other than the one transaction at

17   the door, if they are paid more for VIP rooms, you

18   have no record of that either?

19         A       I have no record of that.

20         Q       So the only record you have is the VIP

21   room rental fees?

22         A       Yes.

23         Q       And you have that whether it's cash or

24   credit?

25         A       Yes.

JAMES MATTHEW COLUNGA   8/21/2014

Page 65

1    Q    And how long -- you mentioned the club's
2    computer system.
3         How long is that maintained in the
4    computer system?
5    A    We have back until 2010.
6    Q    And what is the name of that program or
7    software program?
8    A    I have no clue.
9    Q    And going back to 2010, then you have --
10   you should have daily records of how much are earned
11   in these VIP --
12   A    Rooms, correct.
13   Q    Per dancer, per night?
14   A    Yes.
15   Q    But that's all you have.  Where they make
16   money anywhere else in the club, you have no record?
17   A    Yes.
18   Q    So you -- so you have a partial record of
19   a VIP room dance because you know what the rental fee
20   is.
21        You don't know if they were paid more,
22   correct?
23   A    Right.
24   Q    And you have no record of a dance out on
25   the main floor or in the VIP lounge?

JAMES MATTHEW COLUNGA   8/21/2014

Page 66

1    A    No.

2    Q    And that's -- 100 percent of your
3  compensation from the club is this 10 percent that
4  you get from the entertainers?

5    A    Yes.

6    Q    Does anyone else in the club tip you out
7  or just the entertainers?

8    A    Just the entertainers.

9    Q    And then the entertainers are also
10  expected to tip out the bartenders and the doorman?

11    A    They tip out the front door guy.

12    Q    Not the VIP guy?

13    A    No.  That's up to them.  Normally they'll
14  try to get the customer to throw them some money, or
15  if they felt he was great at his job and go me on
16  time and in time right, then they throw him a couple
17  of bucks, but, no, it's not.

18    Q    Is it a situation where there's jockeying
19  for a position where all seven rooms are full and
20  people are wanting to jump the line and tip the
21  doorman more money to get them out in front of the
22  line or anything like that?

23    A    I don't know.  I mean, yes, there's times
24  when all of our rooms are full, but I couldn't tell
25  you if they were trying to bribe my VIP door guy.

JAMES MATTHEW COLUNGA   8/21/2014

Page 67

1    Q    So how does the VIP door guy get paid?

2    A    He gets an hourly wage and then if the

3    customers choose to tip him.

4    Q    And/or -- or the dancers choose to tip

5    him?

6    A    Or if the dancers choose to tip him.

7    Q    Is that -- would that be uncommon,

8    however?

9    A    Getting a dancer to tip anybody, yes,

10   it's pretty uncommon.

11   Q    Okay.  But there's mandatory tipping

12   between the dancer and the front doorman?

13   A    Yes.

14   Q    And the bartenders, as well?

15   A    No.

16   Q    No?

17   A    No.

18   Q    So the entertainers are not expected to

19   tip out the bartenders?

20   A    We put something in our rule sheets

21   saying, hey, if you're going to get money, make sure

22   and tip your bartenders because we work in a tipping

23   industry, but it's just a note to kind of prod them

24   of the right thing to do.

25   Q    Same thing with the waiters?

JAMES MATTHEW COLUNGA   8/21/2014

Page 68

1     A     Yes.

2     Q     Those are all male?

3     A     Yes.

4     Q     Are there any woman that work in the

5  club?

6     A     No.

7     Q     And the people that clean the club are

8  they employees of the club, or is that a third-party

9  vendor?

10    A     It's a third-party.

11    Q     How about the security guys?  How are

12 they paid?

13    A     They are tipped out per the dancer, three

14 dollars on a Friday and Saturday, and then the club

15 makes up the rest.

16    Q     Makes up the rest up to what point?

17    A     They are paid 150 each night.  So if I

18 have 30 dancers, you know, they get 90, and then the

19 club makes up.

20    Q     I see.  So depending on how much they get

21 out of the tips is how much the other -- the

22 remainder the club pays?

23    A     Yes.

24    Q     Okay.  Let's go to Exhibit 2 here.  2 is

25 the one that says independent contract agreement

JAMES MATTHEW COLUNGA   8/21/2014

Page 69

1    across the top.

2              I'm looking at Paragraph 3 in the second

3    line where it says:  He or she will be responsible

4    for obtaining compensation for services directly from

5    the customer, and we've already talked about that,

6    and that's an accurate statement, correct?

7         A    Yes.

8         Q    Let's look at Exhibit 3.  Paragraph 4

9    says:  The entertainer acknowledges that the club

10   will not be responsible for compensating him in any

11   way for the performances which he presents at the

12   club and that his compensation will be provided

13   directly by the customers of the club.

14             That's an accurate statement, as well,

15   isn't it?

16        A    Yes.

17        Q    And going to Exhibit 4, those rules and

18   regulations, is the not catering to female

19   clientele -- is that something that's strictly

20   enforced?

21        A    No.

22        Q    Why not?

23        A    We just make it a reminder to them that

24   we work in a gay environment.

25        Q    And the rest of these rules as stated on

JAMES MATTHEW COLUNGA   8/21/2014

Page 72

1    Q    And that kind of goes back to what we
2  were talking about before.  It's the entertainer's
3  responsibility to collect the money?
4    A    Yes.
5    Q    Going to Paragraph 10, I think we've
6  already talked a little bit about this.  This is the
7  tipping, slash, house fees, slash, fines.
8         This still says 25 each night.  You've
9  changed that now to 20?
10   A    Yes, sir.
11   Q    Is there any other -- anything else in
12  this document that you've read when you looked
13  through it that you know is no longer accurate or has
14  been changed other than this 25 to $20 issue?
15   A    Yes.  I mean, we have in there that they
16  are required to work three days, but we don't enforce
17  it.  There's a lot of stuff in there we actually
18  don't really enforce.
19   Q    The rules are in place and the dancers
20  are told that they have to follow those rules but
21  some -- at your discretion, some are or aren't
22  enforced --
23   A    Right.
24   Q    -- more or less strictly?
25   A    Right.

JAMES MATTHEW COLUNGA   8/21/2014

Page 73

1    Q    Like this $10 midnight review charge, is
2  that something that's enforced?
3    A    No.  I mean, we haven't done a midnight
4  review in --
5    Q    Oh, that's right?
6    A    Right.
7    Q    When you were doing midnight review, you
8  were enforcing the $10?
9    A    Well, they would buy a T-shirt for $10
10  from the club, and they would sell it for 20 bucks.
11    Q    I see, but they are required to buy the
12  T-shirt?
13    A    Yes.
14    Q    And they were required to buy one?
15    A    Yes.
16    Q    It sounds like musical chairs nobody
17  wanted to be left caught holding a T-shirt, right?
18    A    Exactly.
19    Q    And this tipping out the front door host,
20  at a minimum of five dollars, that's still -- that's
21  accurate?
22    A    Yes.
23    Q    And enforced?
24    A    Yes.
25    Q    And that's without respect to how much

JAMES MATTHEW COLUNGA   8/21/2014

Page 74

1    they make?  It's not a percentage?  It's just five

2    bucks?

3        A    No, five bucks.

4        Q    And then an extra dollar for the

5    intoxilyzer tubes; is that something that's enforced?

6        A    Yes.

7        Q    And that's just Friday and Saturday

8    nights?

9        A    Just Friday and Saturday.  Just enough

10   money to buy more breathalyzer tubes.

11       Q    And then the three dollars for security

12   we already talked about, right?

13       A    Yes.

14       Q    So they are allowed to drink -- the

15   entertainers are allowed to drink, but they have to

16   pay for the drinks?

17       A    Yes, or get a customer to purchase it for

18   them.

19       Q    Is that a technique that you encourage

20   your entertainers to use to get the customer to

21   purchase a drink for them?

22       A    If they are -- if they are asked.  We'd

23   prefer them to buy something, whether it's a bottle

24   of water other something.  Do I prefer my dancers to

25   drink, I -- they can do it responsibly.

JAMES MATTHEW COLUNGA   8/21/2014

Page 75

1    Q    But you certainly -- with respect to your
2    goal of establishing this relationship, you certainly
3    don't want them to turn down a drink?
4    A    No.
5    Q    They could be polite, take it and maybe
6    not necessarily slam it?
7    A    Exactly.
8    Q    But that's one of the reasons you allow
9    your entertainers to drink is because that's part of
10   their job and part of their engagement and
11   involvement that you want them to cultivate, correct?
12   A    Yes.
13   Q    And then in Paragraph 10b, it talks about
14   fines for being late.
15        Is that something that's enforced?
16   A    Yes.  It's not really a fine.  It's just
17   a lesser house.
18   Q    What does that mean, a lesser house?
19   A    If you come in early, you're going to pay
20   less for house.
21   Q    Well, this actually sounds a little bit
22   more specific.  This says they are required to pay a
23   ten-dollar late fee if they come after 1:00 -- or
24   8:00 and before 8:30?
25   A    Yes.  Actually it's been changed.  The

JAMES MATTHEW COLUNGA   8/21/2014

Page 76

1    times have been changed.

2         Q     What have the times been changed to?

3         A     It's 8:01 to 9:00 now, and 9:01 to 10:00.

4         Q     But it's still the ten bucks for that

5    first hour of lateness and 20 bucks for the second

6    hour, right?

7         A     Yes.

8         Q     Let's talk about hiring.

9               Who's responsible for hiring

10   entertainers?

11        A     I mean --

12        Q     Exclusively you?

13        A     Yes.

14        Q     And how do you go about doing that?

15        A     I make them take all their clothes off in

16   the dressing room or pull their shirt up.  It depends

17   on what I need at that time.

18        Q     What do you mean it depends on what you

19   need?

20        A     It depends on what niche we're missing

21   in.

22        Q     And when you say niche, what niches do

23   you fill as the general manager with respect to

24   dancers?

25        A     It's primarily what the customers want.

JAMES MATTHEW COLUNGA   8/21/2014

Page 86

1        A     No.

2        Q     Let's talk about the entertainers or the
3   dancers sources of income at the club.

4              First, let's talk about what they spend.
5   They have to pay this house fee, right?

6        A     Yes.

7        Q     And do you still apply that rule that, if
8   they are the first one to show up, they don't have to
9   pay it?

10       A     Yes.

11       Q     And if they are the first -- second one,
12  they can maybe leave early?

13       A     First three have the option of leaving at
14  12:30.

15       Q     And the first one doesn't have to pay the
16  house fee at all?

17       A     No.

18       Q     Is that something where it's the same
19  dancer every night that's the first one there?

20       A     Yes.

21       Q     And then so we have house fees, that's
22  one place they spend money, and then there's the late
23  fines that we talked about?

24       A     Yes.

25       Q     Are there fines for anything else other

JAMES MATTHEW COLUNGA  8/21/2014

Page 87

1    than being late?

2         A     No.

3         Q     So you don't have fines for touching a

4    customer or fines for using the bathroom -- the

5    public's bathroom or anything like that?

6         A     No.

7         Q     And then there's a -- the VIP room that

8    we talked about where a portion of it is kept by the

9    club?

10        A     For the room rental, yes.

11        Q     Is there any place else where the

12   entertainer -- and the entertainer is responsible for

13   their costume or their clothes?

14        A     Yes.

15        Q     Is there any place elsewhere the

16   entertainer pays out to perform this job?

17        A     Aside from the DJ tip-out and the door,

18   that's it.

19        Q     That's a good point.  I forgot that.  So

20   there's the DJ tip-out.  There's the door tip-out,

21   and then there is -- discretionary they may be

22   tipping waiters or VIP or anyone else that they want

23   to tip-out?

24        A     Yes.

25        Q     Any other sources of money that go that

JAMES MATTHEW COLUNGA   8/21/2014

Page 88

1    direction, from the entertainer to somebody else, as

2    a part of their job?

3        A    Yes.

4        Q    And is there any other?

5        A    Oh, no.  No.

6        Q    Okay.  Let's talk about the money

7    received that goes the other direction.

8             They get the -- they can get a tip on the

9    main stage?

10       A    Yes.

11       Q    And as I understand it, from reading,

12   that has to be in the arm band?

13       A    Yes.

14       Q    So an arm band is mandatory for them to

15   wear, correct?

16       A    Yes, that's by law.

17       Q    Okay.  They can get the ten dollars or

18   more for a table dance on the main floor?

19       A    Yes.

20       Q    They can get $20 or more for a table

21   dance in the VIP lounge?

22       A    Yes.

23       Q    And then they get the charge for -- or

24   they get paid for their portion of the VIP room

25   charges?

JAMES MATTHEW COLUNGA   8/21/2014

Page 89

1    A    Yes.

2    Q    Plus anything else -- any other money

3  they get paid by the customer in connection with that

4  engagement, correct?

5    A    Yes.

6    Q    Is there any other sources of income that

7  an entertainer receives coming to them as part of

8  their job?

9    A    No.

10    Q    Okay.  Let's talk about -- let's follow

11  the money with respect to the customer?

12    A    Okay.

13    Q    The customer shows up, pays three bucks

14  to park their car, right?

15    A    Yes.

16    Q    Cash?

17    A    Yes.

18    Q    Can they use a credit card for that?

19    A    No.

20    Q    Then they pay a cover, and depending on

21  the night, depending on what's going on, that's --

22  what -- five dollars to --

23    A    Free to five dollars to ten.

24    Q    And that has to be cash?

25    A    Yes.

JAMES MATTHEW COLUNGA   8/21/2014

Page 90

1      Q      And then they go into the club, and they

2    buy drink and food, right?

3      A      Drinks.  No food.

4      Q      So you don't have a kitchen?

5      A      No.

6      Q      And can they use a credit card for

7    drinks?

8      A      Yes.

9      Q      And can they open a tab?  For example,

10   they sit down at a table, open a tab with a credit

11   card?

12     A      Yes.

13     Q      And just drink off that all night?

14     A      Yes.

15     Q      And can they also pay for a table dance

16   with that open?

17     A      No.

18     Q      Again, the only time they get to pull out

19   the credit card and actually do something that

20   involves the entertainer is at that transaction with

21   the VIP room that we discussed?

22     A      Yes.

23     Q      And going along and continuing now with

24   the customer, they could pay money for the dancer on

25   the main stage, right?

JAMES MATTHEW COLUNGA   8/21/2014

Page 91

1      A      Yes.

2      Q      They could have -- they could pay for a

3  floor table dance?

4      A      Yes.

5      Q      They could pay for the VIP lounge

6  entrance -- entrance fee?

7      A      Yes.

8      Q      And they can do that -- whether they end

9  up getting a VIP room or not, they can just go into

10  the VIP room for ten bucks?

11      A      To the VIP lounge, yes.

12      Q      They can pay for a VIP lounge dance,

13  correct?

14      A      Yes.

15      Q      They can pay for a VIP room entrance we

16  talked about?

17      A      Yes.

18      Q      And they could pay for a dance in the VIP

19  room?

20      A      Yes.

21      Q      Any other sources of payment that the

22  customer would make in connection with their visit to

23  the club?

24      A      No.  I mean, there's a surcharge on the

25  ATM machine, but that's -- other than that, no.

1      A      Yes.

2      Q      So that's not -- that money doesn't come

3  in through the door person or anything like that?

4      A      Yes.

5      Q      That's their deal?

6      A      Yes.

7      Q      Who collects the fines?

8      A      I do.

9      Q      What do you do with the fines when you

10  collect them?

11      A      They go into an envelope, and they get

12  put in the house.

13      Q      And it just says fines?

14      A      It just says late fines.

15      Q      And the VIP membership, that money we

16  would be able to track through the bartender's

17  drawers?

18      A      Yes, they write it down.

19      MR. SCHLANGER:  Wait a minute.

20  Could you read the last question back,

21  please.

22  (The last question was read back into the record.)

23  BY MR. LUKAS:

24      Q      In other words, that money would be

25  included in what the bartender's report to Karen?

```
1       Q     Do you have any idea how the money is
2   accounted for with respect to tax returns and what
3   not?
4       A     No.
5             MR. LUKAS:  I have no further
6       questions for this witness.
7             MS. MURPHEY:  Okay.  I just wanted
8       to clarify one area.
9                       EXAMINATION
10  BY MS. MURPHEY:
11      Q     Matt, at the end of the night, is there a
12  sheet that the dancers fill out about what happened
13  during that shift?
14      A     Yes.
15      Q     Okay.  And on that sheet, are the dancers
16  responsible for reporting how many table dances they
17  do during a night?
18      A     Yes.
19      Q     And how many table dance fees and tips
20  they collect?
21      A     Yes.
22            MS. MURPHEY:  That's all I have.
23            MR. LUKAS:  Well, let's talk about
24      that.
25                      EXAMINATION
```

JAMES MATTHEW COLUNGA   8/21/2014

Page 108

1    BY MR. LUKAS:

2         Q     So each dancer at the end of the night

3    what is that sheet called?

4         A     It's their time sheet.

5         Q     And what does it -- is that what it's

6    called, the time sheet?

7         A     Yes.

8         Q     And what does the time sheet say?

9         A     Time in/time outs, how much they made for

10   the night in table dances, VIPs, stage sets.

11        Q     So they write down how much money they

12   made total?

13        A     Yes.

14        Q     And they write down how much -- and they

15   write down -- they differentiate where that money

16   came from?

17        A     Yes, or supposed to.

18        Q     And do they?

19        A     They -- they give a good attempt to.

20        Q     Do you require them to?

21        A     That's part of their job.

22        Q     Do you discipline them for not?

23        A     No.

24        Q     Well, can't you review -- aren't those --

25   those sheets are available to you I assume?

JAMES MATTHEW COLUNGA   8/21/2014

Page 109

1      A      Yes.

2      Q      And you can look at those and see if you

3   got 10 percent, right?

4      A      I could look at those and see if I got

5   10 percent, but they are not exactly the most honest

6   when it comes to writing down how much they are

7   making.

8      Q      I see.  So when you're talking about

9   having to take their word for it, it's because you

10  don't know if what they wrote on the time sheet is

11  really accurate?

12     A      True.

13     Q      And when they breakdown the money they

14  made, what are the different categories they are

15  supposed to break it down into?

16     A      Table dances, stage sets, VIP.

17     Q      And when you say VIP, you're talking

18  about VIP room?

19     A      Yes.

20     Q      Not VIP lounge?

21     A      No.  That's just table dances.

22     Q      Are they supposed to report money they

23  get that isn't in connection with a table dance, a

24  stage dance or a VIP room dance?

25     A      No.

JAMES MATTHEW COLUNGA   8/21/2014

Page 110

1    Q    So any of the money we're talking about

2  with respect to a tip just because, hey, you're a

3  really good looking guy and I appreciate you, that's

4  not recorded?

5    A    No.

6    Q    Or even required to be recorded?

7    A    No.

8    Q    And there should be a time sheet for each

9  dancer each night they work, correct?

10    A    Yes.

11    Q    And then who is responsible for

12  collecting those?

13    A    The door guy.

14    Q    Which door?  The VIP door or the front

15  door?

16    A    Front door.

17    Q    So at the end of the night or when the

18  dancer is leaving, they have a couple of stops to

19  make.  They have to stop at the VIP --

20    A    They stop at the DJ booth to tip-out, the

21  VIP door to get their money if they did any rooms,

22  and the front door to breathalyze and tip-out and

23  write their stuff down.

24    Q    And then how long are those time sheets

25  maintained?  How long does the club hang onto those?

JAMES MATTHEW COLUNGA   8/21/2014

Page 111

1       A       We -- that would be a question for Karen.

2       Q       Okay.  How long have they been filling

3   out this time sheet?

4       A       Honestly, I couldn't tell you.

5       Q       The entire time you've been there?

6       A       No.

7       Q       A year?

8       A       Probably -- I -- I couldn't even tell

9   you.

10      Q       Well, has it been a week?

11      A       No.  It's been more than a week.

12      Q       Has it been more than a year?

13      A       I couldn't tell you.

14      Q       Who could tell me?

15      A       Karen.

16      Q       Was this time sheet your idea?

17      A       No.

18      Q       Whose idea was it?

19      A       CB's.

20      Q       And C.B. is the one that told you to have

21  them start filling out time sheets?

22      A       C.B. had Karen do the sheet, and then

23  yes.  It was told for me to have them start filling

24  them out.

25      Q       Was that -- you can't give me any kind of

JAMES MATTHEW COLUNGA   8/21/2014

Page 112

1   time frame when that started happening?

2        A     If I did, it would be a guess.  So it

3   wouldn't be accurate.

4        Q     What were they doing before that?

5   Anything?  There was just no record?

6        A     No.

7        Q     Was it before or after this lawsuit

8   started?

9        A     I couldn't tell you.

10              MS. MURPHEY:  Objection.  Asked and

11         answered.  He's told you just has no

12         idea.

13   BY MR. LUKAS:

14        Q     How did you find out about this lawsuit?

15        A     Honestly, I can't remember.

16        Q     Have you talked to any of the dancers

17   about this lawsuit?

18        A     The dancers bring it up occasionally.

19              MR. LUKAS:  Okay.  That's it.

20              MS. MURPHEY:  Okay.  Great.  Thank

21         you.

22              MR. LUKAS:  Thank you, sir.

23

24

25