Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


CLINTON HENDERSON AND      )
ANDREW OLINDE, INDIVIDUALLY )
AND ON BEHALF OF ALL OTHER  )
SIMILARLY SITUATED          )
INDIVIDUALS,                )
                            )
             Plaintiffs,    )
                            ) CIVIL ACTION FILE
        vs.                 )
                            ) NO. 1:13-CV-3767-TWT
1400 NORTHSIDE DRIVE, INC., )
D/B/A SWINGING RICHARDS     )
AND C.B. JONES,             )
                            )
             Defendants.    )


                    Deposition of

        KAREN R. CAUDLE, taken on behalf of the

    Plaintiffs, pursuant to the stipulations agreed

    to herein, before Tanya L. Verhoven-Page,

    Certified Court Reporter and Notary Public, at

    260 Peachtree Street, Atlanta, Georgia, on

    the 21st day of August, 2014, commencing at

    the hour of 11:14 a.m.

KAREN R. CAUDLE   8/21/2014

Page 2

1                     APPEARANCES OF COUNSEL
2
3      On behalf of the Plaintiffs:
4             PAUL J. LUKAS, ESQ.
              TIM C. SELANDER, ESQ.
5             NICHOLS Kaster
              4600 IDS Center
6             80 S. 8th Street
              Minneapolis, Minnesota 55402
7             (877) 448-0492
              (612) 338-4878
8             e-mail: lukas@nka.com
              e-mail: selander@nka.com
9
10
11     On behalf of the Defendants:
12            SUSAN KASTAN MURPHEY, ESQ.
              Schulten, Ward & Turner
13            260 Peachtree Street, N.W.
              Suite 2700
14            Atlanta, Georgia 30303
              (404) 688-6800
15            (404) 688-2723
              e-mail: skm@swtlaw.com
16
              HERBERT P. SCHLANGER, ESQ.
17            Law Office of Herbert Schlanger
              230 Peachtree Street, N.W.
18            Suite 1890
              Atlanta, Georgia 30303
19            (404) 588-1981
20
21
22     ALSO PRESENT:  James Matthew Colunga
23
24                        -    -    -
25

Page 3

1                        I N D E X

2

3          WITNESS: KAREN R. CAUDLE

4

5     Examination                              Page

6

     BY MR. LUKAS                               4
7

8

9

10

11                    EXHIBITS:

12              (None offered.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1          ATLANTA, GEORGIA; THURSDAY, AUGUST 21, 2014

2                          11:14 A.M.

3

4      Thereupon --

5                      KAREN R. CAUDLE,

6      called as a witness, having been first duly sworn,

7      was examined and testified as follows:

8

9                       EXAMINATION

10     BY MR. LUKAS:

11          Q     Can you please state your full name,

12     spelling your last name, for the record.

13          A     Karen Renée Caudle, C-a-u-d-l-e.

14          Q     And, Ms. Caudle, how long have you worked

15     for the club?

16          A     Since 1984.

17          Q     What is your current position?

18          A     Bookkeeper.

19          Q     And what other positions have you held

20     with the club?

21          A     Entertainer, cocktail waitress,

22     bartender.

23          Q     So you've been with the club since it

24     opened?

25          A     No.  A little less than a year that it

KAREN R. CAUDLE  8/21/2014

Page 5

1  opened.

2       Q    When did it open?

3       A    I believe it was 1983.

4       Q    And how long has it been a male club for

5  gay clientele?

6       A    When I started there, it was a female

7  club.

8       Q    Right.  How long has it been a male club?

9       A    I would think about 17 years.

10       Q    So since about 1987ish?

11       MS. MURPHEY:  '90s.

12       MR. LUKAS:  '97.  Sorry.

13       MR. SCHLANGER:  Arithmetic is not

14       an attorney's strong suit.

15       MR. LUKAS:  Amen, it's the reason

16       we all went to law school.  If we could

17       do math, we would have better jobs,

18       probably.

19       MR. SCHLANGER:  No, I was a math

20       major.

21  BY MR. LUKAS:

22       Q    So since what?  1997?

23       A    Yes.

24       Q    And you said you were an entertainer when

25  it was a female club?

KAREN R. CAUDLE   8/21/2014

Page 6

1        A       That's true.

2        Q       And then when did you takeover this

3    bookkeeper role?

4        A       I would say about 1990 I started

5    part-time with Mr. Jones' mother in the office.

6        Q       What was her name?

7        A       Janice.

8        Q       Janice Jones?

9        A       Uh-huh.

10       Q       So you've been the club's bookkeeper

11   since approximately 1990?

12       A       Thereabout.

13       Q       And prior to -- how long were you a

14   waitress at the club?

15       A       About three or four years.

16       Q       How long were you an entertainer?

17       A       Six or seven years.

18       Q       Did you do both the waitress job and

19   entertainer job during the same time period, or were

20   they distinct time periods?

21       A       Distinct.

22       Q       And which were you first, entertainer or

23   waitress?

24       A       Entertainer.

25       Q       So you went from entertainer to waitress

KAREN R. CAUDLE  8/21/2014

Page 7

1    to this office position?

2         A    I went to entertainer to cocktail

3    waitress to bartender.  As a bartender and a cocktail

4    waitress, I worked a couple of hours in the morning

5    with Ms. Jones.

6         Q    I see, and then at some point in time,

7    you stopped waitressing and bartending and had just

8    the office job; is that right?

9         A    I quit work in -- the years run together.

10   I quit work in 1998 for about four years to stay home

11   with my children and started back in -- I believe it

12   was -- 2002 as full-time.

13        Q    So you went from entertainer to waitress,

14   to waitress, bartender, to waitress, bartender,

15   office to not working there at all, and then when you

16   returned, it was in a full-time office role?

17        A    That's correct.

18        Q    And so from then, approximately, 2002

19   you've been a full-time bookkeeper for the club; is

20   that right?

21        A    Yes.

22        Q    And have you had any other employment

23   since 2002 other than that job?

24        A    No.

25        Q    And in that job, do you have

KAREN R. CAUDLE  8/21/2014

Page 10

1    the club, what employment, if any, did you have?

2         A     I was an entertainer.

3         Q     Okay.  And how long were you an

4    entertainer total including the seven years at the

5    club?

6         A     Eleven.

7         Q     What was that club -- what was the club

8    called when you were an entertainer there?

9         A     Dancers.

10        Q     Dancers?

11        A     Uh-huh.

12        Q     And was it called Dancers the whole time

13   until it became the male club Swinging Richards?

14        A     No.

15        Q     What else was it?

16        A     Gosh, it's been so long.  I believe the

17   name was Cabaret Platinum at one point.

18        Q     Was that a male or female club?

19        A     Female, and it was Diamond Club, and

20   that's all I can recall.

21        Q     How long has it been Swinging Richards?

22        A     At that location one 1400?  It was during

23   those four years that I was out that it changed from

24   one location to the other, and I don't know when that

25   occurred.

KAREN R. CAUDLE   8/21/2014

Page 11

1    Q    When you left to raise your children, was
2    it a male club or a female club at that point?
3    A    It was a female.
4    Q    Okay.  And then when you came back, it
5    was male, and it was called Swinging Richards?
6    A    That's correct.
7    Q    At that location?
8    A    Yes.
9    Q    And Diamond Club was a male or a female?
10   A    Female.
11   Q    As part of your bookkeeping role, did you
12   or do you have responsibility in connection with the
13   Florida club that Matt mentioned?
14   A    Which Florida club?  The North Miami
15   Beach?
16   Q    Yes.
17   A    I worked there for one week while their
18   bookkeeper went on vacation.
19   Q    But that club has its own bookkeeper?
20   A    Yes.
21   Q    What's the name of that club again?
22   A    It was Swinging Richards.
23   Q    And other than Diamond Club, that week
24   with Swinging Richards in North Miami and Swinging
25   Richards here in Atlanta, have you had any other

KAREN R. CAUDLE   8/21/2014

Page 16

1       A       He'll ask me how the day is going?  Are

2    the balances good?  Was it busy last night?  That

3    sort of thing.

4       Q       He has no ownership interest in the club?

5       A       No.

6       Q       It's just C.B,'s club?

7       A       Yes.

8       Q       He's the sole owner?

9       A       No.

10      Q       Do you have an ownership interest?

11      A       No.

12      Q       Do you have anyone that reports to you?

13      A       The bartenders, the employees of the

14   club.

15      Q       Do you have any supervisory authority

16   over them?

17      A       No, not really.

18      Q       Who does -- who has the supervisory

19   authority?

20      A       Matt.

21      Q       If something is wrong with the

22   information these employees are giving you, do you

23   deal with them directly, or do you deal with them

24   through Matt?

25      A       If there's a discrepancy, I printout

KAREN R. CAUDLE   8/21/2014

Page 20

1   not on a daily basis.

2       Q    So you're responsible for Work Comp?

3       A    I'm responsible for paying -- paying the

4   bill for Workmans' Comp and making sure that the

5   appropriate people get the information.

6       Q    Is one of the things you track as the

7   bookkeeper the amount of money Matt makes on an

8   evening -- at night?

9       A    No.

10      Q    So there's no reporting regarding his

11  income to the -- to Swinging Richards?

12      A    No.

13      Q    Same with August when August is in that

14  role?

15      A    Yes.

16      Q    Other than being his mom -- and I suppose

17  you could ask, but is there any formal reporting

18  between August and the club with respect to the money

19  he makes when he's in that DJ/manager role, assistant

20  manager role?

21      A    Lately I've asked him to keep a log of

22  what the boys are tipping out.  He did it

23  periodically for one summer, and I asked him to

24  resume it.

25      Q    Why did you ask him to resume it?

KAREN R. CAUDLE   8/21/2014

Page 21

1    A     Just to have another record of what they

2  are saying they're -- that they are tipping out.

3    Q     And is it in connection with this lawsuit

4  that you did that, or does this lawsuit have anything

5  to do with you asking for that?

6    A     No.  It was more because the time sheets

7  that they were filling out were not accurate, or I

8  didn't feel they were accurate.

9    Q     And so how long has August been doing

10 that?

11   A     Now, he did it one summer -- I think it

12 was last summer -- for a few months, and then he's

13 only done that -- for seven, eight days, I think is

14 what he's done it for.  Just recently.

15   Q     I see.  And how about Matt?  Have you

16 asked Matt to do the same thing?

17   A     I have.

18   Q     During those same time periods?

19   A     Uh-huh.

20   Q     So for a couple of months last summer and

21 then recently?

22   A     He's never done.

23   Q     You asked him, but he's never done it?

24   A     Exactly.

25   Q     Okay.  And those time sheets that Matt

Page 22

1    mentioned that the entertainers fill out how long has

2    that been going on?

3         A    March.

4         Q    March of 2014?

5         A    Uh-huh.

6         Q    And prior to that, there was no such

7    record?

8         A    That's correct.

9         Q    And I know he described what's on those

10   time sheets, but maybe you should describe for me

11   what's on those time sheets?

12        A    Time in, time out, what they made on the

13   floor, I guess on the stage would be it, and what

14   they made in VIP or how many VIPs, I guess is what it

15   says, and then total tips claimed.

16             That's it that I can recall.

17        Q    With respect to VIPs, it seems like you

18   said two different things.  Are they reporting the

19   money they made in connection with VIP rooms or just

20   the number of rooms?

21        A    I think it just says the number of rooms.

22        Q    And does it say what time periods those

23   rooms?  Because, as I understand it, there's

24   different time periods those rooms can be rented for?

25        A    Are you asking me, like, time allotments

KAREN R. CAUDLE   8/21/2014

Page 23

1   like from 12:15 or 2:15 or --

2       Q    No.  I was more -- I know that, when I

3   looked at the rate sheet, it said 15 minutes, X

4   dollars, 30 minutes?

5       A    I don't recall.

6       Q    So you don't recall what the time sheets

7   say with respect to the number of VIP?

8       A    No.

9       Q    But it's not the dollar amount generated

10  by the VIP?  It's the number of VIP rooms?

11      A    Yes.

12      Q    Okay.  And with respect to the floor

13  stage money, that's all the same?  What they earn --

14  they are reporting what they earned on the stage and

15  what they earned on the floor?  They don't

16  differentiate between those two places?

17      A    No, I don't think so.

18      Q    And they don't differentiate between the

19  stage, the floor and anything they make in the VIP

20  lounge either?

21      A    No.

22      Q    And they don't -- okay.  And then any

23  money that they make -- other than the room rental

24  fee that the club has a record of, anything over and

25  above that they make in the VIP room, do they report

KAREN R. CAUDLE   8/21/2014

Page 24

1    that as part of this time sheet?

2        A    I'm sorry.  I lost the train of thought.

3    Could you say that again.

4        Q    Sure.  I'm trying to figure out what's

5    included in this money made for the evening?

6        A    Right.

7        Q    Is the money over and above what they

8    make -- say, it's the 15 minutes.  $140 are generated

9    from the customer, as I understand it.  If they made

10   $160, is the $20 they made included in this amount

11   that's reported to you?

12       A    It just asked them what tips they have

13   made.  It doesn't -- it doesn't ask from where they

14   got the tips.

15       Q    So it asks for tips, and the only thing

16   it doesn't include is the -- it includes

17   everything -- it includes all the money they made for

18   the whole evening, correct?

19       A    I believe that's the general idea, yes.

20       Q    And with respect to VIPs, it doesn't ask

21   about money separate?  It just talks about the number

22   of VIP rooms they had?

23       A    That's what I recall, yes.

24       Q    Okay.  So what they are reporting is all

25   the money they earn that night as tips?

KAREN R. CAUDLE   8/21/2014

Page 25

1          A       Yes.

2          Q       And when you say tips, you're talking

3     about all the money they earned that night?

4                  MS. MURPHEY:  Object to the form of

5            the question.

6                  THE WITNESS:  I'm sorry?

7     BY MR. LUKAS:

8          Q       I'm just trying to figure out if there's

9     any money the employee -- the dancer makes during the

10    evening that's not included in this dollar amount

11    that's reported on the time sheet?

12         A       Oh, I don't know.  I mean, I couldn't say

13    for certain.

14         Q       I'm not talking about actual amount.  I'm

15    talking about types of money earned.  They earn on

16    the stage.  They earn on the floor.  They earn on the

17    V --

18         A       Right.  Is there anything else besides

19    that are you asking me?

20         Q       Yes.

21         A       No, not that I'm aware of.

22         Q       Is there anything that's not included --

23    any money they make that's not included -- if they

24    are being honest --

25         A       Okay.

KAREN R. CAUDLE   8/21/2014

Page 26

1     Q     If they are being honest and they are

2  reporting every dime they make that night --

3     A     Right.

4     Q     -- is it all -- should it all be on that

5  sheet?

6     A     Yes.

7     Q     Okay.  And that's what you call tips

8  claimed?

9     A     Yes.

10     Q     So you have in time, out time, tips and

11  number of VIP rooms?

12     A     Yes.

13     Q     Is there anything else on that sheet?

14     A     Yes.  I'm sure there are, but I can't

15  recall it.

16     Q     Okay.

17     A     There are several columns.

18     Q     What do you do with that sheet in

19  connection with your job?

20     A     I've been trying to file them.

21     Q     Trying to what them?

22     A     File them.

23     Q     You guys talk funny down here.  File or

24  follow?

25     A     Sorry.  File.  F-i-l-e, file.

KAREN R. CAUDLE   8/21/2014

Page 27

1          Q      Okay.  That sounded like follow.

2                 Minnesotans talk funny, too, but you guys

3     really talk funny.

4                 MR. SCHLANGER:  Oh, the jury is

5          really going to love that.

6                 MR. LUKAS:  We'll have to mark that

7          confidential, too, right?

8     BY MR. LUKAS:

9          Q      You file them.  Where do you file them?

10         A      In a file cabinet.

11         Q      Okay.  And that's just -- is it paper or

12    do you scan and keep it electronically?

13         A      It's paper.

14         Q      So it's your job to collect those and

15    file them?

16         A      It is.

17         Q      And whose job is it to -- as I understand

18    from Matt's testimony, it's the doorman's job to

19    collect them on a nightly basis?

20         A      Yes.

21         Q      And then it's the doorman that passes

22    those along to you?

23         A      I go collect them.  He does not pass them

24    to me.

25         Q      Okay.  Where does he put them physically?

KAREN R. CAUDLE   8/21/2014

Page 28

1      A      He puts them under the desk at the door.

2      Q      And then every morning that you come in

3    you come in and gather those?

4      A      No, not every morning.

5      Q      When?  How often?

6      A      About once a month.

7      Q      Does the sheet have on it -- it's

8    supposed to have the time or the date and the

9    dancer's name?

10     A      It's supposed to.

11     Q      And I take it, from what Matt testified

12   to, that these sheets are not fully accurate?

13     A      No, they are not.  Sometimes the dates

14   are missing.  Sometimes the name is missing.

15     Q      And does the dancer put their stage name

16   or their real name on these sheets?

17     A      Sometimes both.  Sometimes just one.

18     Q      And sometimes neither?

19     A      Initials sometimes, yes.

20     Q      So when you say you file them, part of

21   your job is to try to deceiver them and figure out

22   who they are?

23     A      Yes.

24     Q      And when you file them, do you file them

25   by dancer?

KAREN R. CAUDLE   8/21/2014

Page 29

1   A   Yes.

2   Q   Are you aware of any discipline or

3   anything that's done as a result of them not filling

4   these out?

5   A   No.

6   Q   And do you have a sense of how often they

7   are not filled out or not filled out accurately?

8   A   I don't.

9   Q   I mean, are there weeks missing, full

10  days missing?

11  A   No, not that I'm aware of, and if there

12  was a day missing, I would know that the dancer was

13  or was not there.  I don't compare them to anything.

14  Q   I see.  So your duty is strictly to

15  collect them and then file them?

16  A   Yes.

17  Q   Do you do anything else with them in

18  connection with your job?

19  A   No.

20  Q   And this has been since about March?

21  A   I think so.  I think it was March.

22  Q   And whose idea was this?

23  A   C.B.'s.

24  Q   Who actually came up with the content of

25  the sheet?

KAREN R. CAUDLE   8/21/2014

Page 30

1      A      Myself.   I think Matt may have had some

2    input, and I'm sure I ran it by C.B.

3      Q      And this was after the lawsuit was filed

4    or before?

5      A      Yes.

6      Q      After?

7      A      Yes.

8      Q      Now, Matt's already testified to this,

9    but I want to make sure he's accurate because I want

10   to make sure I lead into your job.

11           So as I understand it, each person that

12   has a money collection responsibility has their own

13   bag at the end of every night that he collects and

14   puts in the safe for you; is that right?

15     A      Yes.

16     Q      And then you come in, and you open the

17   safe and pull them all out and do what?

18     A      I take them upstairs, count them one by

19   one and put it into the computer.

20     Q      What program do you use?

21     A      Excel.

22     Q      Do you have any other accounting software

23   other than Excel spreadsheets?

24     A      No.

25     Q      And what do you put in these Excel

KAREN R. CAUDLE   8/21/2014

Page 40

1    $100?

2         A     I would assume.

3         Q     But you're not told how much a dancer is

4    paid out at the end of the night for VIP rooms in

5    cash?

6         A     That's correct.

7         Q     And are you told how much a -- do you

8    have a record of how much a dancer is paid out on

9    credit card --

10        A     Yes.

11        Q     -- in connection with the VIP rooms?

12        A     Yes.

13        Q     But that's all you have record of?  You

14   don't have record of the cash part of it?

15        A     That's correct.

16        Q     You could make an assumption based on

17   room, use, length of time and try to reverse engineer

18   it, but you don't have that information on that

19   sheet?

20        A     That's correct.

21        Q     And that would require that the times

22   were all accurate and everything else was accurate,

23   but you don't track that, correct?

24        A     That's correct.

25        Q     So the only record of money that you have

KAREN R. CAUDLE   8/21/2014

Page 41

1   in connection with what is reported to you is

2   portions -- with respect to what the entertainer

3   makes is credit card charges for their portion of

4   those rooms?

5           MS. MURPHEY:  Object to the form of

6       the question.

7           THE WITNESS:  Can you restate it?

8   BY MR. LUKAS:

9       Q       Sure.  You already said you can't tell us

10  what cash they were paid?

11      A       That's correct.

12      Q       But you can tell credit card?

13      A       Right.

14      Q       And that's it?

15          That's the only record you keep with

16  respect to money generated that the entertainer earns

17  in connection with the VIP room?

18      A       That's correct.

19      Q       Is there any kind of accounting done to

20  make sure that the club's portion of the room is

21  there in cash?

22      A       Yes.

23      Q       And how is that done?  How does this

24  information help you figure that out?

25      A       It's on the sheet.

KAREN R. CAUDLE   8/21/2014

Page 42

1      Q      Okay.  That's flat out on the sheet?

2  That's the money of the -- that's the money generated

3  by VIP that you said that's on the cover sheet?

4      A      Yes.

5      Q      And that's where they have the cash total

6  here by denomination even, the credit card total here

7  and the grand total?

8      A      Yes.

9      Q      Okay.  And with respect to cash

10  transactions at the VIP room, the entertainer is paid

11  their portion at the end of every night; is that

12  right?

13      A      In respect to cash?

14      Q      Yes.

15      A      Yes.

16      Q      Is it your understanding that the door

17  person hangs onto that money until the end of the

18  night and then gives the cash to the dancer at the

19  end of the night?

20      A      I've never been told that, but I could

21  see evidence of it from the names on the envelopes

22  and the envelope's thrown on the floor in the

23  morning.

24      Q      So you don't know the procedure they

25  follow, but you do know that the dancers do get their

KAREN R. CAUDLE  8/21/2014

Page 43

1  cash out, their VIP cash out at the end of every

2  night or at least every night?

3       A    I didn't know it would be at the end of

4  the night, of course, but like I said, I just saw the

5  evidence of the trash on the floor.

6       Q    Without -- it may have happened -- as far

7  as you know, it may have happened right at the time.

8  Right at the time of the transaction, they put the

9  money where they put all their money?

10      A    Yes, I wasn't aware of the time.

11      Q    And with respect to the credit card, when

12  credit cards are used and the entertainer has a

13  portion of that, how is that handled?

14      A    They -- at the VIP door, they are

15  given -- the customer is given an IOU slip.  He signs

16  the bottom of it.  The entertainer signs the top of

17  it, and it says IOU slip on the top, and it has the

18  entertainer's real name.  It has his Social Security,

19  the amount that the entertainer is charging, a

20  reference number for the credit card.

21           I believe that's it on the IOU slip.

22  It's stapled to the credit card slip that the

23  customer signs, put in the -- put in the bag, VIP

24  bag.  Or I'm sorry.  Let me back up.

25           It's not put in the VIP bag.  It is given

KAREN R. CAUDLE  8/21/2014

Page 44

1    to -- at the end of the night -- I'm assuming, at the

2    end of the night, it's given to the bartender.  The

3    bartender gives the VIP door any tips off of the

4    credit cards.  They -- the bartender turns that in

5    with his paperwork and the checkout sheet for the VIP

6    door.  After I've counted the bags, I lay the IOU --

7    there's three parts to the IOU slip.  There are

8    duplicates.  I take -- the entertainer gets one

9    duplicate.  Two are turned into me.  I take the one

10   duplicate.  I write a check from it.  I staple that

11   second copy to the check, and the first copy, the

12   original is kept with the charge itself in case of

13   chargebacks.

14        Q    Okay.  That's a mouthful.  Let's track

15   that -- let's try to follow that money again.

16        A    Okay.

17        Q    This IOU slip is this something that is

18   generated as part of credit card transaction or

19   something that Richard -- Swinging Richards uses?  Is

20   this a Swinging Richards document?

21        A    Yes.  I would consider it to be.

22        Q    And it has -- and that's where it

23   contains the entertainer's name, his Social Security

24   number, the amount charged and the reference number

25   for the card?

KAREN R. CAUDLE   8/21/2014

Page 49

1      Q      I see.  So now you have two copies of the
2  IOU and an authorization charge sheet?
3      A      Yes.
4      Q      Okay.  And that's what you find in the
5  bag?
6      A      Yes.
7      Q      And what do you do with those?
8      A      I file them in a -- after everything is
9  counted on a daily basis, I file them in a manila
10  envelope.
11      Q      By dancer or by -- how do you --
12      A      By date.
13      Q      By date, and you said you cut checks as a
14  result of those sheets?
15      A      Yes.
16      Q      What checks do you cut as a result of
17  those sheets?
18      A      I cut the checks for the IOU slips.
19      Q      And what the IOU slip should tell you is
20  how much of that credit card charge goes to the
21  entertainer, correct?
22      A      Yes.
23      Q      And that's -- what you're cutting a check
24  for is you're -- that's the IOU part of it?  The club
25  owes the entertainer their portion of what was

KAREN R. CAUDLE   8/21/2014

Page 50

1    charged on the credit card?

2         A    The club -- yes.

3         Q    And that's done every day?  You cut those

4    checks every day?

5         A    I do.

6         Q    And do you mail them to the dancer, or do

7    you keep them at the club for them to pick up?

8         A    They pick up.

9         Q    So at the end of a week, if a dancer

10   worked five weeks, they conceivably could have five

11   different checks waiting for them?

12             MR. SCHLANGER:  Five days you mean?

13   BY MR. LUKAS:

14        Q    Five days.  I'm sorry.

15        A    If they had a credit card slip on all

16   those five days.

17        Q    Where do you physically put those checks?

18        A    In the door bag.

19        Q    And so is it that -- when you say the

20   door bag, you're talking about the front door bag?

21        A    Yes, front door bag.

22        Q    And then is it the front door bag's --

23   the front door person's responsibility to distribute

24   those checks?

25        A    Yes.

KAREN R. CAUDLE   8/21/2014

Page 69

1     Q    Are those the three categories it's

2  broken down into?

3     A    Champagne also.

4     Q    What other line items are on there that

5  we haven't talked about?  We've talked about the

6  door.  We've talked about the bartenders.  We've

7  talked about the VIP door.  We've talked about pay

8  outs.

9     A    There's a tip-out line for where I record

10  what the boys tip-out at the end of the night.

11     Q    The what tip-out?

12     A    Where the boys give their $20, and then

13  there's -- I don't know whether we talked about

14  the -- where I record the fines also that they

15  collect.

16     Q    So there's a fine line -- a line item for

17  fines paid?

18     A    Yes.

19     Q    And you said there's a line item for

20  tip-outs?

21     A    Uh-huh, at the end of the night.

22     Q    And is that line item divided by dancer

23  or entertainer, or how is that --

24     A    Denomination.

25     Q    And that's a total?

KAREN R. CAUDLE  8/21/2014

Page 70

1      A     At the end of -- after I input the
2  denominations, it would tell me the total, yes.
3      Q     Okay.  Let me ask you -- actually, back
4  up.  What is that line item, or what are you trying
5  to identify there with tip-outs?  What are you
6  talking about when you say tip-outs?
7      A     When they pay at the end of the night
8  $20.
9      Q     Twenty dollars to who?
10             MR. SCHLANGER:  House fee.
11             THE WITNESS:  House fee.
12  BY MR. LUKAS:
13      Q     Oh, the house fee?
14      A     Yes.  I'm sorry.
15      Q     When you say tip-out, that's the same as
16  saying house fee?
17      A     House fee.
18      Q     Okay.  That's where I was confused, and
19  there's a line item for house fees?
20      A     Yes.
21      Q     And that, again -- that also is broken
22  down by denomination?
23      A     That's correct.
24      Q     And that's all cash?
25      A     Yes.