# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-03767-TWT
## Henderson et al v. 1400 Northside Drive, Inc.
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Chambers on 01/04/2017.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:10 A.M.         COURT REPORTER: Wynette Blathers
TIME IN COURT: 0:40                       DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michele Fisher representing Clinton Henderson, et al<br>Paul Lukas representing Clinton Henderson, et al<br>Robert Schug representing Clinton Henderson, et al<br>Herbert Schlanger representing 1400 Northside Drive, Inc.<br>Herbert Schlanger representing C. B. Jones |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PLEADINGS FILED IN COURT: | PTO Signed & Filed. |
| MINUTE TEXT: | The Court reviewed and explained jury selection process with counsel. 12 will be selected, all will deliberate. The Court set time limits of 10 hours for each side. Requests to Charge due no later than noon 1/12/2017. Defendant's responses to plaintiffs Motions in Limine due by noon 1/10/2017. The trial will begin 9:30 a.m. Tuesday 1/17/2017. |
| HEARING STATUS: | Hearing Concluded |