# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-03767-TWT
## Henderson et al v. 1400 Northside Drive, Inc.
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 01/17/2017.

TIME COURT COMMENCED: 9:20 A.M.
TIME COURT CONCLUDED: 9:25 A.M.      COURT REPORTER: Susan Baker
TIME IN COURT: 0:05                   DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michele Fisher representing Clinton Henderson, et al<br>Paul Lukas representing Clinton Henderson, et al<br>Herbert Schlanger representing 1400 Northside Drive, Inc.<br>Herbert Schlanger representing C. B. Jones |
| PROCEEDING CATEGORY: | Status Conference(Jury Trial); |
| MINUTE TEXT: | This case set for jury trial to begin today at 9:30. Parties announced settlement and counsel for plaintiffs put terms of settlement on record. A Motion for approval of settlement and dismissal to be filed with the Court within 45 days. |
| HEARING STATUS: | Hearing Concluded |