UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

    Plaintiffs,

v.

                              Case No.: 1:13-CV-3767-TWT

1400 NORTHSIDE DRIVE, INC., d/b/a
SWINGING RICHARDS, and C.B.
JONES,

    Defendants.

**CONSENT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION**

Plaintiffs Clinton Henderson, Andrew Olinde, and the opt-in Plaintiffs ("Plaintiffs") with the consent of Defendants 1400 Northside Drive, Inc. d/b/a Swinging Richards, and C.B. Jones ("Defendants") hereby file this consent motion respectfully requesting the Court's approval of the settlement of the matter.

Through this consent motion, the parties request that the Court (1) approve the proposed settlement as a fair, reasonable, and adequate resolution of a bona

fide dispute; (2) approve the terms of the settlement and distribution of payments set forth in the parties' Settlement Agreement and Revised Distribution spreadsheet; (3) approve the attorneys' fees and costs request; and (4) dismiss the case with prejudice.

Dated: March 3, 2017

**NICHOLS KASTER, PLLP**

*s/ Michele R. Fisher*
Paul J. Lukas, MN No. 22084X*
Rebekah L. Bailey, MN No. 0389599*
Michele R. Fisher, GA No. 076198
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
lukas@nka.com
bailey@nka.com
fisher@nka.com
*admitted pro hac vice*

**MAYS & KERR, LLC**
Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CERTIFICATE OF SERVICE

*Henderson, et al. v. 1400 Northside Drive, Inc. d/b/a Swinging Richards, et al.,*
**Court File** No**.: 1:13-cv-3767-TWT**

I hereby certify that on March 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically email notification to the following attorneys of record:

Herbert P. Schlanger
Ga. Bar Number 629330
hschlanger@bellsouth.net
herb@schlanger.com
Law Office of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, GA  30303
404-808-6659

Attorney for Defendants 1400 Northside Drive, Inc. d/b/a Swinging Richards and C.B. Jones.

Dated:  March 3, 2017                    */s/ Michele R. Fisher*
                                                              Michele R. Fisher

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiffs certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Dated:  March 3, 2017	*/s/ Michele R. Fisher*
	Michele R. Fisher