# EXHIBIT B

**Damages Calculations and Allocations**

| | |
|---|---|
| Damages End Date: | 1/17/2017 |

| | |
|---|---|
| TipOuts per Shift: | $18.00 |
| House Fees per Shift: | $20.00 |
| Fines per Shift: | $5.00 |

| | |
|---|---|
| Shifts per Week Cap: | 4 |
| Hours per Shift Cap: | 7 |

| | |
|---|---|
| Min Wage Loss: | $659,304.38 |
| TipOuts: | $252,700.07 |
| House Fees: | $280,777.86 |
| Fines: | $70,194.46 |
| Total Damages: | $1,262,976.78 |
| **Damages plus Liquidated:** | **$2,525,953.55** |

| | TOTAL | 4/1/2017 Disbursement | 4/1/2018 Disbursement | 4/1/2019 Disbursement | 4/1/2020 Disbursement |
|---|---|---|---|---|---|
| *Gross Allocation:* | $1,360,000.00 | $360,000.00 | $333,000.00 | $333,000.00 | $334,000.00 |
| *Fees:* | $453,333.33 | $120,000.00 | $111,000.00 | $111,000.00 | $111,333.33 |
| *Costs:* | $58,916.69 | $58,916.69 | $0.00 | $0.00 | $0.00 |
| *Total Service Payments:* | $14,000.00 | $3,705.88 | $3,427.94 | $3,427.94 | $3,438.24 |
| *Net Allocation:* | $833,749.98 | $177,377.43 | $218,572.06 | $218,572.06 | $219,228.43 |
| | | | | | |
| *Total to Claimants:* | $847,749.98 | $181,083.31 | $222,000.00 | $222,000.00 | $222,666.67 |

| LAST | FIRST | 4/1/2017 Disbursement | 4/1/2018 Disbursement | 4/1/2019 Disbursement | 4/1/2020 Disbursement |
|---|---|---|---|---|---|
| BROWER | SHAWN | $3,308.83 | $4,056.48 | $4,056.48 | $4,068.66 |
| CHANDONNET | AUSTIN | $2,879.17 | $3,529.73 | $3,529.73 | $3,540.33 |
| COOK | DEMARCUS | $1,368.91 | $1,678.23 | $1,678.23 | $1,683.27 |
| DALKE | MATTHEW | $10,317.77 | $12,649.12 | $12,649.12 | $12,687.10 |
| ESWINE | GREG | $2,696.82 | $3,306.19 | $3,306.19 | $3,316.11 |
| FRANK | MATTHEW | $8,344.43 | $10,229.89 | $10,229.90 | $10,260.61 |
| GARCIA | MICHAEL | $10,901.65 | $13,364.94 | $13,364.93 | $13,405.07 |
| HENDERSON | CLINTON | $11,369.68 | $13,938.73 | $13,938.73 | $13,980.58 |
| LEGGETT | JOSEPH | $2,985.40 | $3,659.95 | $3,659.95 | $3,670.94 |
| POTTS | JOSHUA | $4,885.22 | $5,989.06 | $5,989.06 | $6,007.05 |
| ALVAREZ | MICHAEL | $914.05 | $1,120.58 | $1,120.58 | $1,123.96 |
| ANGERER | JEREMY | $898.94 | $1,102.06 | $1,102.06 | $1,105.38 |
| BORREGO | TROY | $13,960.02 | $17,114.37 | $17,114.37 | $17,165.76 |
| BURROUGHS | BEAU | $1,382.40 | $1,694.77 | $1,694.77 | $1,699.86 |
| CARNELL | CHAD | $2,605.32 | $3,194.02 | $3,194.02 | $3,203.61 |
| CROWLEY | MICHAEL | $10,424.69 | $12,780.21 | $12,780.21 | $12,818.59 |
| DUGGAN | MATTHEW | $9,019.63 | $11,057.66 | $11,057.66 | $11,090.86 |
| EGAN | JAMES | $10,288.72 | $12,613.51 | $12,613.51 | $12,651.39 |
| FERRARO | JOHN | $662.88 | $812.65 | $812.65 | $815.10 |
| GEROLDI | ARMANDO | $4,536.96 | $5,562.10 | $5,562.10 | $5,578.81 |
| HALL | CHRISTOPHER | $694.99 | $852.01 | $852.01 | $854.57 |
| JUGAR | ERIC | $4,273.09 | $5,238.61 | $5,238.61 | $5,254.34 |
| KEENAN | BRYAN | $6,671.14 | $8,178.50 | $8,178.50 | $8,203.06 |
| KLIMETZ | RANDALL | $0.00 | $0.00 | $0.00 | $0.00 |
| LUANGRAJ | YAGO | $11,036.58 | $13,530.35 | $13,530.35 | $13,570.98 |
| MCGAHEE | CHRISTOPHER | $3,399.36 | $4,167.46 | $4,167.46 | $4,179.97 |
| OLINDE | ANDREW | $427.42 | $524.00 | $524.00 | $525.57 |
| ORTIZ | NICHOLAS | $7,327.50 | $8,983.19 | $8,983.19 | $9,010.17 |
| OUTLAW | AUSTIN | $4,184.04 | $5,129.45 | $5,129.45 | $5,144.85 |
| PEISER | JEFFREY | $3,235.80 | $3,966.94 | $3,966.94 | $3,978.85 |
| PURVIS | BRANNON | $4,366.29 | $5,352.89 | $5,352.89 | $5,368.96 |
| RICHWINE | NICHOLAS | $5,831.78 | $7,149.51 | $7,149.51 | $7,170.98 |
| SAEGERT | RYAN | $871.66 | $1,068.61 | $1,068.61 | $1,071.82 |

| SETSER | THOMAS | $115.67 | $141.81 | $141.81 | $142.24 |
| TASKIN | DEUNTRAY | $2,893.24 | $3,546.97 | $3,546.97 | $3,557.62 |
| TAYLOR | NATHANIEL | $3,833.47 | $4,699.66 | $4,699.66 | $4,713.77 |
| VALENTINO | JAMES | $8,169.79 | $10,015.79 | $10,015.79 | $10,045.88 |
| | Check to NK | $178,916.69 | $111,000.00 | $111,000.00 | $111,333.33 |

| LAST | FIRST | CONSENT FILED | START1 | END1 | START2 | END2 | START3 | END3 | SHIFTS PER WEEK |
|---|---|---|---|---|---|---|---|---|---|
| BROWER | SHAWN | 12/19/2013 | 6/14/2012 | 12/14/2013 | | | | | 3.5 |
| CHANDONNET | AUSTIN | 11/22/2013 | 6/6/2012 | 6/8/2013 | | | | | 4.5 |
| COOK | DEMARCUS | 3/17/2014 | 12/7/2013 | 7/11/2014 | | | | | 3.5 |
| DALKE | MATTHEW | 11/27/2013 | 4/15/2010 | 12/1/2014 | | | | | 4.5 |
| ESWINE | GREG | 11/13/2013 | 5/23/2012 | 5/15/2013 | | | | | 4 |
| FRANK | MATTHEW | 12/3/2013 | 4/1/2010 | 8/17/2012 | 2/6/2013 | 1/17/2017 | | | 2.5 |
| GARCIA | MICHAEL | 12/2/2013 | 4/14/2008 | 10/31/2014 | | | | | 4.5 |
| HENDERSON | CLINTON | 11/13/2013 | 10/1/2006 | 8/8/2015 | | | | | 3.5 |
| LEGGETT | JOSEPH | 11/13/2013 | 4/1/2006 | 12/31/2011 | | | | | 5 |
| POTTS | JOSHUA | 12/5/2013 | 9/6/2011 | 9/27/2013 | | | | | 3.5 |
| ALVAREZ | MICHAEL | 2/6/2014 | 2/1/2012 | 6/1/2012 | | | | | 4 |
| ANGERER | JEREMY | 5/5/2014 | 11/1/2009 | 9/1/2011 | | | | | 6 |
| BORREGO | TROY | 12/9/2013 | 3/5/2007 | 12/31/2015 | | | | | 6 |
| BURROUGHS | BEAU | 5/5/2014 | 10/1/2010 | 11/4/2011 | | | | | 5 |
| CARNELL | CHAD | 11/13/2013 | 9/27/2010 | 1/28/2012 | | | | | 3 |
| CROWLEY | MICHAEL | 11/13/2013 | 3/22/2011 | 12/31/2014 | | | | | 5.5 |
| DUGGAN | MATTHEW | 4/16/2014 | 1/7/2011 | 7/23/2014 | | | | | 4 |
| EGAN | JAMES | 11/13/2013 | 3/15/2011 | 12/6/2014 | | | | | 4.5 |
| FERRARO | JOHN | 3/19/2014 | 6/25/2009 | 7/14/2011 | | | | | 3 |
| GEROLDI | ARMANDO | 4/15/2014 | 4/1/2010 | 9/30/2011 | 11/1/2011 | 4/30/2013 | | | 3.5 |
| HALL | CHRISTOPHER | 11/13/2013 | 10/12/2012 | 1/12/2013 | | | | | 4 |
| JUGAR | ERIC | 1/29/2014 | 10/1/2011 | 12/6/2013 | | | | | 3 |
| KEENAN | BRYAN | 3/6/2015 | 9/1/2009 | 11/14/2014 | | | | | 4.5 |
| KLIMETZ | RANDALL | 11/13/2016 | 1/29/2013 | 8/3/2013 | | | | | 4.5 |
| LUANGRAJ | YAGO | 1/31/2014 | 2/16/2010 | 1/31/2015 | | | | | 4.5 |
| MCGAHEE | CHRISTOPHER | 11/13/2013 | 3/1/2012 | 5/25/2013 | | | | | 4 |
| OLINDE | ANDREW | 11/13/2013 | 11/19/2012 | 2/19/2013 | | | | | 4 |
| ORTIZ | NICHOLAS | 3/31/2014 | 8/3/2010 | 11/25/2013 | | | | | 4.5 |
| OUTLAW | AUSTIN | 11/15/2013 | 6/1/2011 | 2/23/2013 | | | | | 3.5 |
| PEISER | JEFFREY | 4/11/2014 | 8/17/2011 | 4/27/2013 | | | | | 3 |
| PURVIS | BRANNON | 1/9/2014 | 1/1/2010 | 10/31/2011 | 12/15/2011 | 10/12/2013 | | | 2.5 |
| RICHWINE | NICHOLAS | 4/22/2014 | 12/24/2012 | 2/4/2015 | | | | | 4 |
| SAEGERT | RYAN | 5/8/2014 | 2/2/2013 | 8/3/2013 | | | | | 3 |
| SETSER | THOMAS | 11/13/2013 | 7/1/2010 | 1/1/2011 | | | | | ==1.25== |
| TASKIN | DEUNTRAY | 11/13/2013 | 4/3/2008 | 12/1/2011 | | | | | 4 |
| TAYLOR | NATHANIEL | 11/13/2013 | 1/1/2008 | 11/1/2011 | 9/12/2012 | 3/28/2013 | | | 5 |
| VALENTINO | JAMES | 12/17/2013 | 5/23/2011 | 10/10/2014 | | | | | 3.5 |

| Shifts per Wk w/ Cap | TOTAL HOURS SHIFT | Hours per Shift w/ Cap | WorkWeeks Multiplier | | Elig Wks SOL2 |
|---|---|---|---|---|---|
| 3.5 | 5.50 | 5.50 | | | 78.29 |
| 4 | 7.00 | 7.00 | | | 52.43 |
| 3.5 | 5.50 | 5.50 | | | 30.86 |
| 4 | 6.00 | 6.00 | | | 157.14 |
| 4 | 7.00 | 7.00 | | | 51.00 |
| 2.5 | 5.00 | 5.00 | | | 242.71 |
| 4 | 7.00 | 7.00 | | | 152.00 |
| 3.5 | 5.00 | 5.00 | | | 194.86 |
| 4 | 6.00 | 6.00 | | | 6.86 |
| 3.5 | 6.50 | 6.50 | | | 94.57 |
| 4 | 7.00 | 7.00 | | | 16.57 |
| 4 | 7.00 | 7.00 | | | 0.00 |
| 4 | 8.00 | 7.00 | | | 211.86 |
| 4 | 7.50 | 7.00 | | | 0.00 |
| 3 | 8.00 | 7.00 | | | 10.86 |
| 4 | 7.00 | 7.00 | | | 163.43 |
| 4 | 7.00 | 7.00 | | | 118.29 |
| 4 | 7.00 | 7.00 | | | 159.86 |
| 3 | 7.00 | 7.00 | | | 0.00 |
| 3.5 | 6.50 | 6.50 | | | 54.29 |
| 4 | 7.00 | 7.00 | | | 13.14 |
| 3 | 6.00 | 6.00 | | | 96.71 |
| 4 | 5.50 | 5.50 | | | 88.29 |
| 4 | 6.00 | 6.00 | | | 0.00 |
| 4 | 8.00 | 7.00 | | | 156.57 |
| 4 | 7.00 | 7.00 | | | 64.29 |
| 4 | 6.00 | 6.00 | 50.00% | | 6.57 |
| 4 | 7.50 | 7.00 | | | 86.29 |
| 3.5 | 8.00 | 7.00 | | | 66.57 |
| 3 | 6.00 | 6.00 | | | 54.43 |
| 2.5 | 6.50 | 6.50 | | | 91.71 |
| 4 | 8.00 | 7.00 | | | 110.29 |
| 3 | 5.00 | 5.00 | | | 26.00 |
| 1.25 | 8.50 | 7.00 | | | 0.00 |
| 4 | 7.00 | 7.00 | | | 2.57 |
| 4 | 6.00 | 6.00 | | | 28.14 |
| 3.5 | 7.00 | 7.00 | | | 146.86 |

| Elig Wks SOL3 | Min Wage | TipOuts | House Fees | Fines | Total Damages | Damages plus Liquidated: | Total Base Allocation |
|---|---|---|---|---|---|---|---|
| 78.29 | $10,925.75 | $4,932.00 | $5,480.00 | $1,370.00 | $22,707.75 | $45,415.50 | $14,990.45 |
| 52.43 | $10,643.00 | $3,774.86 | $4,194.29 | $1,048.57 | $19,660.71 | $39,321.43 | $12,978.96 |
| 30.86 | $4,306.50 | $1,944.00 | $2,160.00 | $540.00 | $8,950.50 | $17,901.00 | $5,908.64 |
| 209.29 | $36,415.71 | $15,068.57 | $16,742.86 | $4,185.71 | $72,412.86 | $144,825.71 | $47,803.11 |
| 51.00 | $10,353.00 | $3,672.00 | $4,080.00 | $1,020.00 | $19,125.00 | $38,250.00 | $12,625.31 |
| 294.86 | $26,721.43 | $13,268.57 | $14,742.86 | $3,685.71 | $58,418.57 | $116,837.14 | $38,564.83 |
| 204.14 | $41,441.00 | $14,698.29 | $16,331.43 | $4,082.86 | $76,553.57 | $153,107.14 | $50,536.59 |
| 247.00 | $31,338.13 | $15,561.00 | $17,290.00 | $4,322.50 | $68,511.63 | $137,023.25 | $45,227.72 |
| 59.00 | $10,266.00 | $4,248.00 | $4,720.00 | $1,180.00 | $20,414.00 | $40,828.00 | $13,476.24 |
| 107.43 | $17,719.00 | $6,768.00 | $7,520.00 | $1,880.00 | $33,887.00 | $67,774.00 | $22,370.39 |
| 17.29 | $3,509.00 | $1,244.57 | $1,382.86 | $345.71 | $6,482.14 | $12,964.29 | $4,279.17 |
| 17.00 | $3,451.00 | $1,224.00 | $1,360.00 | $340.00 | $6,375.00 | $12,750.00 | $4,208.44 |
| 264.00 | $53,592.00 | $19,008.00 | $21,120.00 | $5,280.00 | $99,000.00 | $198,000.00 | $65,354.53 |
| 26.14 | $5,307.00 | $1,882.29 | $2,091.43 | $522.86 | $9,803.57 | $19,607.14 | $6,471.80 |
| 63.00 | $9,591.75 | $3,402.00 | $3,780.00 | $945.00 | $17,718.75 | $35,437.50 | $11,696.97 |
| 197.14 | $40,020.00 | $14,194.29 | $15,771.43 | $3,942.86 | $73,928.57 | $147,857.14 | $48,803.70 |
| 170.57 | $34,626.00 | $12,281.14 | $13,645.71 | $3,411.43 | $63,964.29 | $127,928.57 | $42,225.81 |
| 194.57 | $39,498.00 | $14,009.14 | $15,565.71 | $3,891.43 | $72,964.29 | $145,928.57 | $48,167.13 |
| 16.71 | $2,544.75 | $902.57 | $1,002.86 | $250.71 | $4,700.89 | $9,401.79 | $3,103.28 |
| 102.00 | $16,823.63 | $6,426.00 | $7,140.00 | $1,785.00 | $32,174.63 | $64,349.25 | $21,239.97 |
| 13.14 | $2,668.00 | $946.29 | $1,051.43 | $262.86 | $4,928.57 | $9,857.14 | $3,253.58 |
| 113.86 | $14,858.36 | $6,148.29 | $6,831.43 | $1,707.86 | $29,545.93 | $59,091.86 | $19,504.65 |
| 140.43 | $22,398.36 | $10,110.86 | $11,234.29 | $2,808.57 | $46,552.07 | $93,104.14 | $30,731.20 |
| 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 208.71 | $42,369.00 | $15,027.43 | $16,697.14 | $4,174.29 | $78,267.86 | $156,535.71 | $51,668.27 |
| 64.29 | $13,050.00 | $4,628.57 | $5,142.86 | $1,285.71 | $24,107.14 | $48,214.29 | $15,914.25 |
| 6.57 | $1,143.43 | $473.14 | $525.71 | $131.43 | $2,273.71 | $4,547.43 | $1,500.99 |
| 138.57 | $28,130.00 | $9,977.14 | $11,085.71 | $2,771.43 | $51,964.29 | $103,928.57 | $34,304.05 |
| 90.43 | $16,062.38 | $5,697.00 | $6,330.00 | $1,582.50 | $29,671.88 | $59,343.75 | $19,587.79 |
| 88.43 | $11,539.93 | $4,775.14 | $5,305.71 | $1,326.43 | $22,947.21 | $45,894.43 | $15,148.53 |
| 137.43 | $16,190.80 | $6,184.29 | $6,871.43 | $1,717.86 | $30,964.38 | $61,928.75 | $20,441.03 |
| 110.29 | $22,388.00 | $7,940.57 | $8,822.86 | $2,205.71 | $41,357.14 | $82,714.29 | $27,301.78 |
| 26.00 | $2,827.50 | $1,404.00 | $1,560.00 | $390.00 | $6,181.50 | $12,363.00 | $4,080.70 |
| 7.00 | $444.06 | $157.50 | $175.00 | $43.75 | $820.31 | $1,640.63 | $541.53 |
| 54.71 | $11,107.00 | $3,939.43 | $4,377.14 | $1,094.29 | $20,517.86 | $41,035.71 | $13,544.80 |
| 78.57 | $13,671.43 | $5,657.14 | $6,285.71 | $1,571.43 | $27,185.71 | $54,371.43 | $17,946.56 |
| 176.57 | $31,363.50 | $11,124.00 | $12,360.00 | $3,090.00 | $57,937.50 | $115,875.00 | $38,247.25 |

| Round Adj | Total Pro Rata Allocation | Service Payment | Total Allocation | Disbursement 1 Base | Round Adj |
|---|---|---|---|---|---|
| | $14,990.45 | $500.00 | $15,490.45 | $3,308.83 | |
| | $12,978.96 | $500.00 | $13,478.96 | $2,879.17 | |
| | $5,908.64 | $500.00 | $6,408.64 | $1,368.92 | -$0.01 |
| | $47,803.11 | $500.00 | $48,303.11 | $10,317.77 | |
| | $12,625.31 | | $12,625.31 | $2,696.82 | |
| | $38,564.83 | $500.00 | $39,064.83 | $8,344.43 | |
| | $50,536.59 | $500.00 | $51,036.59 | $10,901.65 | |
| | $45,227.72 | $8,000.00 | $53,227.72 | $11,369.69 | -$0.01 |
| | $13,476.24 | $500.00 | $13,976.24 | $2,985.39 | $0.01 |
| | $22,370.39 | $500.00 | $22,870.39 | $4,885.22 | |
| | $4,279.17 | | $4,279.17 | $914.05 | |
| | $4,208.44 | | $4,208.44 | $898.94 | |
| -$0.01 | $65,354.52 | | $65,354.52 | $13,960.03 | -$0.01 |
| | $6,471.80 | | $6,471.80 | $1,382.41 | -$0.01 |
| | $11,696.97 | $500.00 | $12,196.97 | $2,605.33 | -$0.01 |
| | $48,803.70 | | $48,803.70 | $10,424.70 | -$0.01 |
| | $42,225.81 | | $42,225.81 | $9,019.63 | |
| | $48,167.13 | | $48,167.13 | $10,288.72 | |
| | $3,103.28 | | $3,103.28 | $662.87 | $0.01 |
| | $21,239.97 | | $21,239.97 | $4,536.96 | |
| | $3,253.58 | | $3,253.58 | $694.98 | $0.01 |
| | $19,504.65 | $500.00 | $20,004.65 | $4,273.09 | |
| | $30,731.20 | $500.00 | $31,231.20 | $6,671.13 | $0.01 |
| | $0.00 | | $0.00 | $0.00 | |
| -$0.01 | $51,668.26 | | $51,668.26 | $11,036.58 | |
| | $15,914.25 | | $15,914.25 | $3,399.36 | |
| | $1,500.99 | $500.00 | $2,000.99 | $427.42 | |
| | $34,304.05 | | $34,304.05 | $7,327.50 | |
| | $19,587.79 | | $19,587.79 | $4,184.04 | |
| | $15,148.53 | | $15,148.53 | $3,235.80 | |
| | $20,441.03 | | $20,441.03 | $4,366.30 | -$0.01 |
| | $27,301.78 | | $27,301.78 | $5,831.79 | -$0.01 |
| | $4,080.70 | | $4,080.70 | $871.66 | |
| | $541.53 | | $541.53 | $115.67 | |
| | $13,544.80 | | $13,544.80 | $2,893.23 | $0.01 |
| | $17,946.56 | | $17,946.56 | $3,833.47 | |
| | $38,247.25 | | $38,247.25 | $8,169.79 | |

| Disbursement 1 Allocation | Disbursement 2 Base | Round Adj | Disbursement 2 Allocation | Disbursement 3 Base | Round Adj |
|---:|---:|---:|---:|---:|---:|
| $3,308.83 | $4,056.48 | | $4,056.48 | $4,056.48 | |
| $2,879.17 | $3,529.73 | | $3,529.73 | $3,529.73 | |
| $1,368.91 | $1,678.23 | | $1,678.23 | $1,678.23 | |
| $10,317.77 | $12,649.12 | | $12,649.12 | $12,649.12 | |
| $2,696.82 | $3,306.19 | | $3,306.19 | $3,306.19 | |
| $8,344.43 | $10,229.89 | | $10,229.89 | $10,229.89 | $0.01 |
| $10,901.65 | $13,364.93 | $0.01 | $13,364.94 | $13,364.93 | |
| $11,369.68 | $13,938.73 | | $13,938.73 | $13,938.73 | |
| $2,985.40 | $3,659.95 | | $3,659.95 | $3,659.95 | |
| $4,885.22 | $5,989.06 | | $5,989.06 | $5,989.06 | |
| $914.05 | $1,120.58 | | $1,120.58 | $1,120.58 | |
| $898.94 | $1,102.06 | | $1,102.06 | $1,102.06 | |
| $13,960.02 | $17,114.37 | | $17,114.37 | $17,114.37 | |
| $1,382.40 | $1,694.77 | | $1,694.77 | $1,694.77 | |
| $2,605.32 | $3,194.02 | | $3,194.02 | $3,194.02 | |
| $10,424.69 | $12,780.21 | | $12,780.21 | $12,780.21 | |
| $9,019.63 | $11,057.66 | | $11,057.66 | $11,057.66 | |
| $10,288.72 | $12,613.51 | | $12,613.51 | $12,613.51 | |
| $662.88 | $812.65 | | $812.65 | $812.65 | |
| $4,536.96 | $5,562.10 | | $5,562.10 | $5,562.10 | |
| $694.99 | $852.01 | | $852.01 | $852.01 | |
| $4,273.09 | $5,238.61 | | $5,238.61 | $5,238.61 | |
| $6,671.14 | $8,178.50 | | $8,178.50 | $8,178.50 | |
| $0.00 | $0.00 | | $0.00 | $0.00 | |
| $11,036.58 | $13,530.35 | | $13,530.35 | $13,530.35 | |
| $3,399.36 | $4,167.46 | | $4,167.46 | $4,167.46 | |
| $427.42 | $524.00 | | $524.00 | $524.00 | |
| $7,327.50 | $8,983.19 | | $8,983.19 | $8,983.19 | |
| $4,184.04 | $5,129.45 | | $5,129.45 | $5,129.45 | |
| $3,235.80 | $3,966.94 | | $3,966.94 | $3,966.94 | |
| $4,366.29 | $5,352.89 | | $5,352.89 | $5,352.89 | |
| $5,831.78 | $7,149.51 | | $7,149.51 | $7,149.51 | |
| $871.66 | $1,068.61 | | $1,068.61 | $1,068.61 | |
| $115.67 | $141.81 | | $141.81 | $141.81 | |
| $2,893.24 | $3,546.97 | | $3,546.97 | $3,546.97 | |
| $3,833.47 | $4,699.66 | | $4,699.66 | $4,699.66 | |
| $8,169.79 | $10,015.79 | | $10,015.79 | $10,015.79 | |

| Disbursement 3 Allocation | Disbursement 4 Base | Round Adj | Disbursement 4 Allocation | Funds Check |
|---:|---:|---:|---:|---:|
| $4,056.48 | $4,068.66 | | $4,068.66 | $0.00 |
| $3,529.73 | $3,540.33 | | $3,540.33 | $0.00 |
| $1,678.23 | $1,683.27 | | $1,683.27 | $0.00 |
| $12,649.12 | $12,687.10 | | $12,687.10 | $0.00 |
| $3,306.19 | $3,316.11 | | $3,316.11 | $0.00 |
| $10,229.90 | $10,260.61 | | $10,260.61 | $0.00 |
| $13,364.93 | $13,405.07 | | $13,405.07 | $0.00 |
| $13,938.73 | $13,980.58 | | $13,980.58 | $0.00 |
| $3,659.95 | $3,670.94 | | $3,670.94 | $0.00 |
| $5,989.06 | $6,007.05 | | $6,007.05 | $0.00 |
| $1,120.58 | $1,123.95 | $0.01 | $1,123.96 | $0.00 |
| $1,102.06 | $1,105.37 | $0.01 | $1,105.38 | $0.00 |
| $17,114.37 | $17,165.76 | | $17,165.76 | $0.00 |
| $1,694.77 | $1,699.86 | | $1,699.86 | $0.00 |
| $3,194.02 | $3,203.61 | | $3,203.61 | $0.00 |
| $12,780.21 | $12,818.59 | | $12,818.59 | $0.00 |
| $11,057.66 | $11,090.86 | | $11,090.86 | $0.00 |
| $12,613.51 | $12,651.39 | | $12,651.39 | $0.00 |
| $812.65 | $815.10 | | $815.10 | $0.00 |
| $5,562.10 | $5,578.81 | | $5,578.81 | $0.00 |
| $852.01 | $854.57 | | $854.57 | $0.00 |
| $5,238.61 | $5,254.34 | | $5,254.34 | $0.00 |
| $8,178.50 | $8,203.06 | | $8,203.06 | $0.00 |
| $0.00 | $0.00 | | $0.00 | $0.00 |
| $13,530.35 | $13,570.98 | | $13,570.98 | $0.00 |
| $4,167.46 | $4,179.97 | | $4,179.97 | $0.00 |
| $524.00 | $525.57 | | $525.57 | $0.00 |
| $8,983.19 | $9,010.17 | | $9,010.17 | $0.00 |
| $5,129.45 | $5,144.85 | | $5,144.85 | $0.00 |
| $3,966.94 | $3,978.85 | | $3,978.85 | $0.00 |
| $5,352.89 | $5,368.96 | | $5,368.96 | $0.00 |
| $7,149.51 | $7,170.98 | | $7,170.98 | $0.00 |
| $1,068.61 | $1,071.82 | | $1,071.82 | $0.00 |
| $141.81 | $142.24 | | $142.24 | $0.00 |
| $3,546.97 | $3,557.62 | | $3,557.62 | $0.00 |
| $4,699.66 | $4,713.77 | | $4,713.77 | $0.00 |
| $10,015.79 | $10,045.87 | $0.01 | $10,045.88 | $0.00 |