# EXHIBIT C

| LAST | FIRST | 4/1/2017 Disbursement | 4/1/2018 Disbursement | 4/1/2019 Disbursement | 4/1/2020 Disbursement |
|---|---|---|---|---|---|
| | | **Revised Disbursements** | | | |
| BROWER | SHAWN | $3,308.83 | $4,056.48 | $4,056.48 | $4,068.66 |
| CHANDONNET | AUSTIN | $2,879.17 | $3,529.73 | $3,529.73 | $3,540.33 |
| COOK | DEMARCUS | $1,368.91 | $1,678.23 | $1,678.23 | $1,683.27 |
| DALKE | MATTHEW | $10,317.77 | $12,649.12 | $12,649.12 | $12,687.10 |
| ESWINE | GREG | $2,696.82 | $3,306.19 | $3,306.19 | $3,316.11 |
| FRANK | MATTHEW | $8,344.43 | $10,229.89 | $10,229.90 | $10,260.61 |
| GARCIA | MICHAEL | $10,901.65 | $13,364.94 | $13,364.93 | $13,405.07 |
| HENDERSON | CLINTON | $11,369.68 | $13,938.73 | $13,938.73 | $13,980.58 |
| LEGGETT | JOSEPH | $2,985.40 | $3,659.95 | $3,659.95 | $3,670.94 |
| POTTS | JOSHUA | $4,885.22 | $5,989.06 | $5,989.06 | $6,007.05 |
| ALVAREZ | MICHAEL | $914.05 | $1,120.58 | $1,120.58 | $1,123.96 |
| ANGERER | JEREMY | $898.94 | $1,102.06 | $1,102.06 | $1,105.38 |
| BORREGO | TROY | $13,960.02 | $17,114.37 | $17,114.37 | $17,165.76 |
| BURROUGHS | BEAU | $1,382.40 | $1,694.77 | $1,694.77 | $1,699.86 |
| CARNELL | CHAD | $2,605.32 | $3,194.02 | $3,194.02 | $3,203.61 |
| CROWLEY | MICHAEL | $10,424.69 | $12,780.21 | $12,780.21 | $12,818.59 |
| DUGGAN | MATTHEW | $9,019.63 | $11,057.66 | $11,057.66 | $11,090.86 |
| EGAN | JAMES | $10,288.72 | $12,613.51 | $12,613.51 | $12,651.39 |
| FERRARO | JOHN | $662.88 | $812.65 | $812.65 | $815.10 |
| GEROLDI | ARMANDO | $4,536.96 | $5,562.10 | $5,562.10 | $5,578.81 |
| HALL | CHRISTOPHER | $694.99 | $852.01 | $852.01 | $854.57 |
| JUGAR | ERIC | $4,273.09 | $5,238.61 | $5,238.61 | $5,254.34 |
| KEENAN | BRYAN | $6,671.14 | $8,178.50 | $8,178.50 | $8,203.06 |
| KLIMETZ | RANDALL | $1,287.05 | $1,577.85 | $1,577.85 | $1,582.59 |
| LUANGRAJ | YAGO | $11,036.58 | $13,530.35 | $13,530.35 | $13,570.98 |
| MCGAHEE | CHRISTOPHER | $3,399.36 | $4,167.46 | $4,167.46 | $4,179.97 |
| OLINDE | ANDREW | $427.42 | $524.00 | $524.00 | $525.57 |
| ORTIZ | NICHOLAS | $7,327.50 | $8,983.19 | $8,983.19 | $9,010.17 |
| OUTLAW | AUSTIN | $4,184.04 | $5,129.45 | $5,129.45 | $5,144.85 |
| PEISER | JEFFREY | $3,235.80 | $3,966.94 | $3,966.94 | $3,978.85 |
| PURVIS | BRANNON | $4,366.29 | $5,352.89 | $5,352.89 | $5,368.96 |
| RICHWINE | NICHOLAS | $5,831.78 | $7,149.51 | $7,149.51 | $7,170.98 |
| SAEGERT | RYAN | $871.66 | $1,068.61 | $1,068.61 | $1,071.82 |
| SETSER | THOMAS | $115.67 | $141.81 | $141.81 | $142.24 |
| TASKIN | DEUNTRAY | $2,893.24 | $3,546.97 | $3,546.97 | $3,557.62 |
| TAYLOR | NATHANIEL | $3,833.47 | $4,699.66 | $4,699.66 | $4,713.77 |
| VALENTINO | JAMES | $8,169.79 | $10,015.79 | $10,015.79 | $10,045.88 |
| Check to NK | | $177,629.64 | $109,422.15 | $109,422.15 | $109,750.74 |