# EXHIBIT G

| Professional | Initials | Position | Years of Practice | Hourly Rate | Billable Hours | Total Fees |
|---|---|---|---|---|---|---|
| | | | Nichols Kaster, PLLP - Billable Time Summary | | | |
| Paul J. Lukas | PJL | Partner | 26 Years | $625 | 365.2 | 228,250.00 |
| Michele R. Fisher | MRF | Partner | 17 years | $525 | 218 | 114,450.00 |
| Robert L. Schug | RLS | Of Counsel | 11 Years | $375 | 222.4 | 95,190.00 |
| Timothy Selander | TCS | Partner | 11 years | $475 | 202.4 | 96,140.00 |
| Rebecca Bailey | RLB | Partner | 9 years | $375 | 190.9 | 71,602.50 |
| Anna P. Prakash | APP | Partner | 12 years | $175 | 425 | 52,657.50 |
| Matthew H. Morgan | MHM | Parter | 17 years | $525 | 13.8 | 7,245.00 |
| E. Michelle Drake | EMD | Partner | 17 years | $525 | 12.1 | 6,352.50 |
| Nick Thompson | NDT | Associate | 8 years | $350 | 148.4 | 51,940.00 |
| Ashley W. Thronson | AWT | Associate | 4 years | $300 | 221.3 | 66,390.00 |
| Jon Moler | JDM | Associate | 5 years | $300 | 23.2 | 6,960.00 |
| Christine M. Rued | CMR | Paralegal | | $175 | 174.51 | 30,539.25 |
| Wade Underwood | WAU | Paralegal | | $175 | 87.3 | 15,277.50 |
| Edwin M. Torres | EMT | Litigation Support Staff | | $175 | 104.7 | 18,322.50 |
| Elizabeth Phommavongxay | EP | Litigation Support Staff | | $175 | 17.6 | 3,080.00 |
| Heather O'Neill | HJO | Litigation Support Staff | | $175 | 4.3 | 752.50 |
| Irma M | IMT | Litigation Support Staff | | $175 | 6.3 | 1,102.50 |
| Cassie Klint | CJK | Litigation Support Staff | | $175 | 8.3 | 1,452.50 |
| Jean Guethrie | JKG | Litigation Support Staff | | $175 | 16.1 | 2,817.50 |
| Molly Davies | MPD | Litigation Support Staff | | $175 | 6.6 | 1,155.00 |
| Samuel Johnson | STJ | Litigation Support Staff | | $175 | 5.03 | 880.25 |
| Lisa Burch | LB | Litigation Support Staff | | $175 | 5.8 | 1,015.00 |
| Adwoa Afreh | AAA | Litigation Support Staff | | $175 | 5.6 | 980.00 |
| Dan Burnett | DB | Litigation Support Staff | | $175 | 27.1 | 4,742.50 |
| Elizabeth Wise | EGW | Litigation Support Staff | | $175 | 3.3 | 577.50 |
| Emily Howee | EH | Litigation Support Staff | | $175 | 69.3 | 12,127.50 |
| Adron Mason | AEM | Litigation Support Staff | | $175 | 3.8 | 665.00 |
| Carlos Almendarez | CAA | Litigation Support Staff | | $175 | 7 | 1,225.00 |
| Alexander K. Wise | AKW | Litigation Support Staff | | $175 | 16.1 | 2,817.50 |
| **TOTAL** | | | | | **2611.44** | **896,707.00** |