UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

CLINTON HENDERSON and
ANDREW OLINDE, individually and
on behalf of all other similarly situated
individuals,

    Plaintiffs,

v.

1400 NORTHSIDE DRIVE, INC.,
d/b/a SWINGING RICHARDS, and
C.B. JONES,

    Defendants.

Case No.: 1:13-CV-3767-TWT

---

## ORDER
---

This matter came before the Court on the parties' Consent Motion for Approval of FLSA Settlement and Dismissal of Action. Based on the memoranda, exhibits, and all the files and proceedings here, the Court makes the following:

## ORDER

1.    The Parties' Consent Motion for Settlement Approval of FLSA Settlement is **GRANTED**;

2. The Parties' Settlement Agreement is approved as a fair, reasonable, and adequate resolution of a bona fide dispute;

3. The Parties' proposed settlement terms and distribution of payment set forth in the Settlement Agreement (Ex. A), the Settlement Allocations (Ex. B), and the Revised Disbursements (Ex. C) are **APPROVED**;

4. Plaintiffs' Counsel's request for fees in the amount of $453,333.33 is **GRANTED**;

5. Plaintiffs' Counsel's request for reimbursement of out-of-pocket litigation costs in the amount of $58,916.69 is **GRANTED**; and

6. This case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 17th day of March, 2017.

<u>/s/Thomas W. Thrash</u>
Honorable Thomas W. Thrash, Jr.
UNITED STATES DISTRICT JUDGE